FILED
ASHEVILLE, N.C.

JUN 04 2019

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. **1:19 CR** 45 - MR |
| | **BILL OF INDICTMENT** |
| v. | |
| | Violations: 21 USC § 841(a)(1); 18 USC § 924(c)(1)(A); 18 USC § 922(g)(1) |
| JERRELL TITO BOWMAN | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about March 21, 2018, in Buncombe County, within the Western District of North Carolina,

**JERRELL TITO BOWMAN**

did knowingly and intentionally possess with intent to distribute a quantity of cocaine, a quantity of cocaine base, more commonly known as "crack cocaine," and a quantity of fentanyl, all Schedule II controlled substances; and a quantity of heroin, and a quantity of marijuana, both Schedule I controlled substances.

1. Said offense involved a mixture or substance containing a detectable amount of cocaine.
2. Said offense involved 28 grams or more of a mixture or substance containing a detectable amount of cocaine base.
3. Said offense involved a mixture or substance containing a detectable amount of fentanyl.
4. Said offense involved a mixture or substance containing a detectable amount of heroin.
5. Said offense involved a mixture or substance containing a detectable amount of marijuana.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about March 21, 2018, in Buncombe County, within the Western District of North Carolina,

**JERRELL TITO BOWMAN**

did knowingly possess a firearm, that is, a Sig Sauer, Model P2022, 9mm semi-automatic pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

On or about March 21, 2018, in Buncombe County, within the Western District of North Carolina,

**JERRELL TITO BOWMAN**

having been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, that is, a Sig Sauer, Model P2022, 9mm semi-automatic pistol, in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. a Sig Sauer, Model P2022, 9mm semi-automatic pistol, and ammunition seized from **JERRELL TITO BOWMAN's** vehicle in the vicinity of 314 Peacock Lane in Arden, North Carolina on March 21, 2018.

A TRUE BILL:

FOREPERSON

R. ANDREW MURRAY
UNITED STATES ATTORNEY

THOMAS KENT
ASSISTANT UNITED STATES ATTORNEY