IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:19-CR-45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| JERRELL TITO BOWMAN | ) | |

The undersigned Assistant United States Attorney hereby enters an appearance concerning the adjudication of forfeiture matters in this case.

Respectfully submitted this 13th day of June, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

s/ Jonathan D. Letzring
JONATHAN D. LETZRING
Assistant United States Attorney
Georgia Bar No. 141651
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Tel: (828) 271-4661
Fax: (828) 271-4327
Email: Jonathan.letzring@usdoj.gov