IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>vs.<br>JERRELL TITO BOWMAN,<br>*Defendant.* | DOCKET NO. 1:19-CR-45<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS** |

Defendant, Jerrell Tito Bowman, by and through undersigned counsel, moves this honorable court to extend its deadline for filing of pretrial motions.

In support of this motion, Mr. Bowman states the following:

1. The deadline for filing Pretrial Motions is October 4, 2019. Trial is scheduled for November 4, 2019.

2. Before a decision to file pretrial motions can be made, the defense team must speak to several witnesses but have been unable to do so prior to the pretrial motion deadline. The defense would like an additional 10 days in which to complete its investigation.

3. Defense counsel spoke to Mr. Kent, and he said he had no objection to the extension of time to file pretrial motions.

WHEREFORE, this honorable court is respectfully requested to extend its pretrial motion filing deadline to October 14, 2019.

Dated: October 4, 2019

Respectfully Submitted,

s/ Fredilyn Sison
Asst. Federal Public
Defender
Attorney for Defendant
NC Bar 38732
Federal Public Defender for the Western District

of North Carolina
1 Page Avenue, Suite 210
Asheville, NC 28801
(828) 232-9992
Fax (828) 232-5575
E-Mail: Fredilyn_Sison@fd.org