IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>JERRELL TITO BOWMAN,<br>*Defendant.* | DOCKET NO. 1:19-CR-45<br>**UNOPPOSED MOTION TO CONTINUE JURY TRIAL** |

Defendant, Jerrell Tito Bowman, by and through undersigned counsel, moves this honorable court to continue his trial, currently set for the November 4, 2019 jury trial calendar to the next trial calendar date.

This is Mr. Bowman's first request for a continuance of his trial.

In support of this motion, Mr. Bowman states:

1. On June 4, 2019, the government filed a three-count indictment charging Mr. Bowman with controlled substance possession with intent to distribute, possession of a firearm in connection with drug trafficking and felon in possession of a firearm. Before Mr. Bowman made his initial appearance, the government superseded the indictment on August 7, 2019 after the *Rehaif* case was decided.

2. Mr. Bowman made his initial appearance on September 4, 2019, was appointed counsel and two days later, pleaded not guilty to all counts. Trial was scheduled for November 4, 2019.

3. Although the initial discovery was timely received, defense counsel requested and received additional discovery on October 14, 2019. Mr. Bowman would like additional time to review the new discovery and to discuss his options before making a decision, including whether to request additional time to file pretrial motions, plead guilty or go to trial. Unfortunately, this review and discussion cannot be adequately completed before the October 18, 2019 plea deadline.

4. Mr. Bowman requests that his case be continued to the January, 2020 trial docket to give him time to review the discovery and consult with his counsel about the government's plea offer, as well as give defense counsel time to file pretrial motions and properly prepare his defense if he chooses to go to trial.

5. The additional time requested by this motion is excludable in computing the time within which the trial must commence under the provisions of the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Mr. Bowman, who is in custody, agrees to waive his speedy trial rights for the time requested in order to obtain the necessary time for further investigation, consultation, and trial preparation.

6. AUSA Thomas Kent does not object to a continuance of the trial to the next trial docket in this matter.

Dated: October 16, 2019 Respectfully Submitted,

/s/_Fredilyn Sison
Fredilyn Sison

NC Bar 38732
Assistant Federal Public Defender
Attorney for Defendant
Federal Public Defender for the Western
District of North Carolina
1 Page Avenue, Suite 210
Asheville, NC 28801
(828) 232-9992
Fax (828) 232-5575
E-Mail: Fredilyn_Sison@fd.org