IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>JERRELL BOWMAN,<br><br>*Defendant.* | DOCKET NO. 1:19-CR-45<br><br>**UNOPPOSED MOTION FOR EXTENSION OF PLEA DEADLINE** |

Defendant, Jerrell Bowman, by and through undersigned counsel, moves this honorable court to extend its deadline for plea negotiations. In support of this motion, Mr. Bowman states the following:

1. Counsel for Mr. Bowman and AUSA Thomas Kent have discussed disposition of this case. Mr. Kent has provided a plea agreement and factual basis to counsel.

2. Mr. Bowman has received the plea offer and wants time to discuss the matter with family. After he discusses the matter with family, counsel and her client will again meet. Normally, the documents could be filed within the plea deadline, but counsel for Mr. Bowman will be out of town December 10 through 26, 2019 and cannot file the documents at the time of the plea deadline. Both parties do not believe that this case will go to trial.

3. Counsel for Mr. Bowman believes that she will be able to file the plea documents no later than December 30, 2019, giving Mr. Bowman an opportunity to discuss the disposition with family.

4. Mr. Kent does not objection to the additional time to file plea documents.

WHEREFORE, this honorable court is respectfully requested to allow parties additional time to conduct its plea negotiations and to extend its plea deadline to Monday, December 30, 2019.

Dated: December 8, 2019 Respectfully Submitted,

s/ Fredilyn Sison
Fredilyn Sison
Assistant Federal
Public Defender
Attorney for
Defendant
NC Bar 38732
Federal Public Defender for the Western
District of North Carolina
1 Page Avenue, Suite 210
Asheville, NC 28801
828-232-9992
Fax 828-232-5575
E-Mail: Fredilyn_Sison@fd.org