IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JERRELL TITO BOWMAN,<br><br>*Defendant.* | DOCKET NO. 1:19-CR-45<br><br>**UNOPPOSED MOTION TO CONTINUE JURY TRIAL** |

Defendant, Jerrell Tito Bowman, by and through undersigned counsel, moves this honorable court to continue his trial, currently set for the January 6, 2020 jury trial calendar to the next trial calendar date.

This is Mr. Bowman's second request for a continuance of his trial.

In support of this motion, Mr. Bowman states:

1. Mr. Bowman made his initial appearance on September 4, 2019, was appointed counsel and two days later, pleaded not guilty to the superseding indictment which charged him with possession of a controlled substance with intent to distribute, possession of a firearm in connection with drug trafficking and felon in possession of a firearm. Trial was scheduled for November 4, 2019, later continued to January 6, 2020 at Mr. Bowman's request.

2. Mr. Bowman is moving for a second continuance in order for defense counsel to review materials he believes are pertinent in his case.

Unfortunately, the materials have not yet arrived and defense counsel is awaiting their delivery.

3. The government has made a plea offer, which is also under consideration.

4. The additional time requested by this motion is excludable in computing the time within which the trial must commence under the provisions of the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Mr. Bowman, who is in custody, agrees to waive his speedy trial rights for the time requested in order to obtain the necessary time for further investigation, consultation, and trial preparation.

5. AUSA Thomas Kent does not object to a continuance of the trial to the next trial docket in this matter.

Dated: December 30, 2019 Respectfully Submitted,

/s/ Fredilyn Sison
Fredilyn Sison
NC Bar 38732
Assistant Federal Public Defender
Attorney for Defendant
Federal Public Defender for the Western District of North Carolina
1 Page Avenue, Suite 210
Asheville, NC 28801
(828) 232-9992
Fax (828) 232-5575
E-Mail: Fredilyn_Sison@fd.org