UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 1:19 CR 45 |
| v. | ) | |
| | ) | |
| JERRELL TITO BOWMAN | ) | |

**INFORMATION PURSUANT TO 21 U.S.C. §851**

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, pursuant to Title 21, United States Code, Section 851, and files this Information with the Court setting forth the defendant's previous convictions for a serious violent felony and a serious drug felony, as follows:

1. He was convicted on or about November 20, 2003 of Assault with a Deadly Weapon Inflicting Serious Injury (Case No. 99CRS004215 in Buncombe County, North Carolina), for which he served a term of imprisonment of more than 12 months and for which his release from any term of imprisonment was within 15 years of the commencement of the offense charged in Count One of the Second Superseding Bill of Indictment; and
2. He was convicted on or about May 3, 2011 of Trafficking in Cocaine (Case No. 11CRS052353 in Buncombe County, North Carolina) for which he served a term of imprisonment of more than 12 months and for which his release from any term of imprisonment was within 15 years of the commencement of the offense charged in Count One of the Second Superseding Bill of Indictment.

Respectfully submitted this 23rd day of February, 2020.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

THOMAS M. KENT
ASSISTANT UNITED STATES ATTORNEY
s/ Thomas M. Kent
New York State Bar No. 2966364
100 Otis Street
Asheville, North Carolina 28803
(828)271-4661
Fax: (828)271-4670
Email: thomas.kent@usdoj.gov