UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:19-cr-00045-MR-WCM |
| | ) | |
| v. | ) | |
| | ) | |
| JERRELL TITO BOWMAN | ) | |
| | ) | **MOTION TO CONTINUE** |
| | ) | |

NOW COMES the Defendant, JERRELL TITO BOWMAN, by and through his undersigned counsel of record, Jack W. Stewart, who moves this Court for a continuance of the above-captioned matter from the Trial Calendar of Monday, March 2, 2020. In support of said Motion, the Defendant avers as follows:

1. That this matter is currently scheduled for trial on the March 2, 2020 trial calendar.
2. That undersigned counsel was appointed in this case on February 19, 2020 and has not had sufficient opportunity to review discovery materials with the Defendant.
3. That this Motion for Continuance is filed in good faith on behalf of the Defendant in the best interest of judicial economy and fairness;
4. That prior to the filing of this Motion, undersigned counsel conferred with the Office of the U.S. Attorney who has expressed no objection or opposition to this requested continuance.

WHEREFORE this Defendant respectfully prays this Court:

1. To continue the above captioned case from the trial calendar setting on March 2, 2020 Court Docket for the reasons herein set forth above.
2. For such other and further relief as the Court deems just and proper.

THIS the 25th day of February, 2020.

s/ J. Stewart

Jack W. Stewart
State Bar No: 10053
Attorney for the Defendant
61 North Market Street
Asheville, North Carolina 28802
(828) 253-5673
jack@jackstewartlaw.com

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing pleading upon all other parties via ECF transmission as follows:

Thomas Kent; Thomas.Kent@usdoj.gov
Attorney for the United States

This the 25th day of February, 2020.

s/ J. Stewart
Jack W. Stewart