UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

UNITED STATES OF AMERICA )
) DOCKET NO. 1:19 CR 45
vs. )
)
JERRELL TITO BOWMAN )
Defendant )
)

**GOVERNMENT'S EXHIBIT LIST**

| Exh. # | Description | Stipulation of Authenticity | Stipulation of Admissibility | Objection | Identified by | Admitted | Published |
|---|---|---|---|---|---|---|---|
| 1 | Photograph of Jerrell Tito Bowman's silver Acura parked in front of the building at the Dunbar Apartments on Peacock Lane in Arden, North Carolina containing Apartment 314 | | | | | | |
| 2 | Photograph of the gun case for a Sig Sauer semi-automatic pistol found on top of a kitchen cabinet in Apartment 314 | | | | | | |
| 3 | Gun case for a Sig Sauer semi-automatic pistol containing a holster and partially loaded magazine | | | | | | |

| Exh. # | Description | Stipulation of Authenticity | Stipulation of Admissibility | Objection | Identified by | Admitted | Published |
|---|---|---|---|---|---|---|---|
| 4 | Photograph of the contents of a kitchen cabinet in Apartment 314 including plastic cups with residue, digital scales and a sandwich baggie box | | | | | | |
| 5 | Photograph of plastic cup from kitchen cabinet in Apartment 314 containing suspected heroin and cocaine base | | | | | | |
| 6 | 18.23 grams of fentanyl seized from plastic cup in kitchen cabinet in Apartment 314 | | | | | | |
| 7 | 1.78 grams of cocaine base and .94 gram of cocaine base seized from plastic cup in kitchen cabinet in Apartment 314 | | | | | | |
| 8 | Photograph of the sandwich baggie box from kitchen cabinet in Apartment 314 containing suspected powdered cocaine and unused plastic baggies | | | | | | |
| 9 | 41.30 grams of powdered cocaine and 6.23 grams of powdered cocaine seized from the sandwich baggie box in kitchen cabinet in Apartment 314 | | | | | | |
| 10 | Box of sandwich baggies and three plastic cups containing residue seized from kitchen cabinet in Apartment 314 | | | | | | |
| 11 | Digital scales seized from kitchen cabinet in Apartment 314 | | | | | | |

| Exh. # | Description | Stipulation of Authenticity | Stipulation of Admissibility | Objection | Identified by | Admitted | Published |
|---|---|---|---|---|---|---|---|
| 12 | Photograph of additional contents of kitchen cabinet in Apartment 314 including two boxes of baking soda | | | | | | |
| 13 | Photograph of contents of broiler drawer in kitchen in Apartment 314 including a glass bowl with residue, whisk with residue, and a knife | | | | | | |
| 14 | Whisk with residue, knife, more sandwich baggies, and two boxes of baking soda seized from kitchen in Apartment 314 | | | | | | |
| 15 | Photograph of additional contents of kitchen cabinet in Apartment 314 including two bottles of Inositol Powder | | | | | | |
| 16 | Two bottles of Inositol Powder seized from kitchen cabinet in Apartment 314 | | | | | | |
| 17 | Photograph of men's clothing in closet on right in master bedroom of Apartment 314 | | | | | | |
| 18 | Photograph of United States currency found in denim vest jacket in closet on right in master bedroom of Apartment 314 | | | | | | |
| 19 | Photograph of the speaker box found in closet on left in master bedroom of Apartment 314 | | | | | | |
| 20 | Photograph of marijuana found in speaker box in closet on left in master bedroom of Apartment 314 | | | | | | |

| Exh. # | Description | Stipulation of Authenticity | Stipulation of Admissibility | Objection | Identified by | Admitted | Published |
|---|---|---|---|---|---|---|---|
| 21 | 430.34 grams of marijuana seized from speaker box in closet on left in master bedroom of Apartment 314 | | | | | | |
| 22 | Photograph of traffic ticket found in top drawer of dresser in master bedroom of Apartment 314 and in the name of "Jerrell Tito Bowman" | | | | | | |
| 23 | Photograph of Statement from Superior Insurance found on top of the dresser in master bedroom of Apartment 314 and in the name of "Jerrell Bowman" | | | | | | |
| 24 | Photograph of contents of top drawer of dresser in master bedroom of Apartment 314 including United States currency for total of $11,013 in United States currency seized from Apartment 314 | | | | | | |
| 25 | Photograph of marijuana cigar found in silver Acura stopped in parking lot of Dunbar Apartments | | | | | | |
| 26 | Photograph of suspected heroin and $1,994 in United States currency found in center console of silver Acura stopped in parking lot of Dunbar Apartments | | | | | | |
| 27 | 2.18 grams of fentanyl and less than .1 gram of fentanyl seized from center console of silver Acura stopped in parking lot of Dunbar Apartments | | | | | | |

| Exh. # | Description | Stipulation of Authenticity | Stipulation of Admissibility | Objection | Identified by | Admitted | Published |
|---|---|---|---|---|---|---|---|
| 28 | Photograph of black bag on child seat in rear seat area of silver Acura stopped in parking lot of Dunbar Apartments | | | | | | |
| 29 | Black bag seized from child seat in rear seat area of silver Acura stopped in parking lot of Dunbar Apartments | | | | | | |
| 30 | Photograph of suspected cocaine base found in black bag on child seat in rear seat area of silver Acura stopped in parking lot of Dunbar Apartments | | | | | | |
| 31 | 11.42 grams of cocaine base and 25.76 grams of cocaine base seized from the black bag in the silver Acura stopped in parking lot of Dunbar Apartments | | | | | | |
| 32 | Photograph of loaded Sig Sauer, Model P2022, 9mm semi-automatic pistol also found in black bag on child seat in rear seat area of silver Acura stopped in parking lot of Dunbar Apartments | | | | | | |
| 33 | Sig Sauer, Model P2022, 9mm semi-automatic pistol, magazine and ammunition seized from black bag in the silver Acura stopped in parking lot of Dunbar Apartments | | | | | | |
| 34 | 210.36 grams of marijuana seized from the silver Acura stopped in parking lot of Dunbar Apartments | | | | | | |

| Exh. # | Description | Stipulation of Authenticity | Stipulation of Admissibility | Objection | Identified by | Admitted | Published |
|---|---|---|---|---|---|---|---|
| 35 | Photograph of mail in the name of "Jerrell Bowman" found in the silver Acura stopped in the parking lot of Dunbar Apartments | | | | | | |
| 36 | Photograph of invoice from Meineke in the name of "Jerrell Bowman" for service on an "Acura" found in the silver Acura stopped in the parking lot of the Dunbar Apartments | | | | | | |
| 37 | Photograph of additional invoice from Meineke in the name of "Jerrell Bowman" for service on an "Acura" found in Acura stopped in the parking lot of the Dunbar Apartments | | | | | | |
| 38 | Rights Advisement Form for Jerrell Tito Bowman | | | | | | |
| 39 | Written Statement of Jerrell Tito Bowman | | | | | | |
| 40 | Three cellphones including an Apple iPhone and Samsung cellular telephone seized incident to the arrest of Jerrell Tito Bowman | | | | | | |
| 41 | Disc containing downloads from Jerrell Tito Bowman's Apple iPhone and Samsung cellular telephone | | | | | | |
| 42 A-B | Photographs downloaded from Jerrell Tito Bowman's Apple iPhone | | | | | | |
| A | Three selfies of Jerrell Tito Bowman and a child | | | | | | |

| Exh. # | Description | Stipulation of Authenticity | Stipulation of Admissibility | Objection | Identified by | Admitted | Published |
|---|---|---|---|---|---|---|---|
| B | Two selfies of Jerrell Tito Bowman | | | | | | |
| 43 A-E | Text Messages downloaded from Jerrell Tito Bowman's Apple iPhone | | | | | | |
| A | Outgoing text on 1/10/18 at 3:24 p.m. | | | | | | |
| B | Outgoing text on 2/27/18 at 10:50 a.m. | | | | | | |
| C | Incoming text on 3/14/18 at 6:54 p.m. | | | | | | |
| | Outgoing text on 3/14/18 at 9:17 p.m. | | | | | | |
| D | Incoming text on 3/19/18 at 7:08 p.m. | | | | | | |
| | Outgoing text on 3/19/18 at 7:08 p.m. | | | | | | |
| E | Incoming text on 3/21/18 at 11:47 a.m. | | | | | | |
| | Outgoing text on 3/21/18 at 12:37 p.m. | | | | | | |
| | Incoming text on 3/21/18 at 2:15 p.m. | | | | | | |
| 44 | Two photographs downloaded from Jerrell Tito Bowman's Samsung cellular telephone | | | | | | |
| 45 A-R | Text Messages downloaded from Jerrell Tito Bowman's Samsung cellular telephone | | | | | | |
| A | Incoming text on 10/29/17 at 11:59 p.m. | | | | | | |
| B | Incoming text on 11/1/17 at 11:40 a.m. | | | | | | |
| C | Incoming text on 11/5/17 at 10:14 p.m. | | | | | | |
| D | Incoming text on 11/7/17 at 5:15 p.m. | | | | | | |
| E | Incoming text on 11/12/17 at 7:58 p.m. | | | | | | |
| F | Incoming text on 11/12/17 at 8:07 p.m. | | | | | | |
| G | Incoming text on 11/13/17 at 10:18 p.m. | | | | | | |

| Exh. # | Description | Stipulation of Authenticity | Stipulation of Admissibility | Objection | Identified by | Admitted | Published |
|---|---|---|---|---|---|---|---|
| H | Incoming text on 12/2/17 at 1:02 a.m. | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| I | Incoming text on 12/20/17 at 7:23 p.m. | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| J | Incoming text on 1/22/18 at 7:45 p.m. | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| K | Outgoing text on 2/18/18 at 1:30 p.m. | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| L | Outgoing text on 2/18/18 at 9:50 p.m. | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| M | Outgoing text on 2/19/18 at 8:35 p.m. | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| N | Outgoing text on 2/25/18 at 4:47 p.m. | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| O | Outgoing text on 2/27/18 at 2:43 a.m. | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| P | Outgoing text on 2/28/18 at 3:49 a.m. | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | Outgoing text on 2/28/18 at 11:35 p.m. | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Q | Outgoing text on 3/14/18 at 7:44 p.m. | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| R | Incoming text on 3/17/18 at 8:54 p.m. | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 46 | Certified copy of Jerrell Tito Bowman's November 20, 2003 felony convictions for Assault with a Deadly Weapon Inflicting Serious Injury and Conspiracy to Commit Robbery with a Dangerous Weapon in Buncombe County | | | | | | |
| 47 | Certified copy of Jerrell Tito Bowman's May 3, 2011 felony convictions for Trafficking in Cocaine, Maintaining a Vehicle/Dwelling/Place for Controlled Substance, Possession of Firearm by Felon, and Possession of Stolen Firearm in Buncombe County | | | | | | |

| Exh. # | Description | Stipulation of Authenticity | Stipulation of Admissibility | Objection | Identified by | Admitted | Published |
|---|---|---|---|---|---|---|---|
| 48 | Fingerprint Card of Jerrell Tito Bowman from his arrest on March 1, 2011 leading to his May 3, 2011 felony convictions for Trafficking in Cocaine, Maintaining a Vehicle/Dwelling/Place for Controlled Substance, Possession of Firearm by Felon, and Possession of Stolen Firearm in Buncombe County | | | | | | |
| 49 | Fingerprint Card of Jerrell Tito Bowman from his arrest in this case on March 21, 2018 | | | | | | |

The government reserves the right to introduce exhibits other than those listed herein.

RESPECTFULLY SUBMITTED, this the 26th day of June, 2020.


R. ANDREW MURRAY
United States Attorney

/s/ Thomas M. Kent
THOMAS M. KENT
Assistant United States Attorney
New York State Bar No. 2966364
100 Otis Street
Asheville, North Carolina 28803
(828)271-4661
Fax: (828)271-4670
Email: thomas.kent@usdoj.gov