**NOTICE OF REVOCATION OF POWER OF ATTORNEY/LEGAL REPRESENTATION**

Jerrell- Tito: Bowman©

20 Davidson Drive

Asheville, North Carolina

[28801]

FILED
ASHEVILLE, N.C.

JUN 29 2020

U.S. DISTRICT COURT
W. DIST. OF N.C.

Jack W Stewart **BAR I.D. 10053**

61 North Market Street

ASHEVILLE, NORTH CAROLINA

28801

## REVOCATION OF POWER OF ATTORNEY/LEGAL REPRESENTATION

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**UCC 1-202 (NOTICE and KNOWLEDGE)**

Actual and Constructive Notice of Power of Attorney/Legal Representation is given to Jack W Stewart Bar I.D. 10053 of OFFICE of FEDERAL PUBLIC DEFENDER for WESTERN, 61 North Market Street Asheville, North Carolina 28801 and to any and all Successors and/ or Assigns thereof the same; Any and all signatures and/ or marks granting or presuming to grant, prescribing or presuming to prescribe, or appointing or presuming to appoint power(s) of attorney, and any authority therewith, on any and all documents with the so named are hereby, rescinded, withdrawn and cancelled forthwith; And that any and all signatures, and/or marks of JERRELL TITO BOWMAN placed or impressed upon any all documents with any of the aforementioned party and/or parties and/or entities, that encumber any and/or all interest, claims or rights of the same, are hereby redacted, withdrawn, cancelled and rescinded incontinently.

**By:** Charles - S: Lee WITHOUT RECOURSE ©.

**AUTHORIZED REPRESENATIVE**

**ALL RIGHTS RESERVED AND RETAINED**