THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:19-cr-00045-MR-WCM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **RULE 11 INQUIRY AND** |
| **vs.** | ) | **ORDER ACCEPTING** |
| | ) | **GUILTY PLEA** |
| | ) | |
| **JERRELL TITO BOWMAN.** | ) | |
| | ) | |
| ______________________________ | ) | |

The Court is advised that that you have decided to change your plea of not guilty to guilty. The Court is required by the Federal Rules of Criminal Procedure to inquire and advise you concerning your plea. The Court must ask you some questions and you will be required to personally respond to those questions under oath. I will now ask the Clerk to administer the oath to you.

1. Do you understand that you are now under oath and that you are required to give truthful answers to the questions that I am about to ask you?

   **YES:** ✓ **NO:** _____

2. Do you understand that if you give false information under oath you may be prosecuted for perjury or false statements?

   **YES:** ✓ **NO:** _____

3. Are you able to hear and understand my questions?

**YES:** __✓__ **NO:** _____

4. a) There has been presented to me a document entitled "Sealed Addendum to Entry and Acceptance of Guilty Plea," which provides information to me concerning your name, age, education, use of drugs or alcohol and medical information. Did you provide the information for the completion of that document and did you sign that document?

**YES:** __✓__ **NO:** _____

b) Is all the information provided in the document true and accurate?

**YES:** __✓__ **NO:** _____

5. Is your mind clear and do you understand that you are here today to enter a guilty plea that may not later be withdrawn?

**YES:** __✓__ **NO:** _____

6. Do you understand that you have the right to be represented by an attorney at every stage of the proceeding and, if necessary, one will be appointed to represent you?

**YES:** __✓__ **NO:** _____

7. Have you reviewed the Second Superseding Bill of Indictment with your attorney?

**YES:** __✓__ **NO:** _____

8. Are you pleading guilty to Counts One, Two, and Three as contained in the Second Superseding Bill of Indictment?

**YES:** __✓__ **NO:** _____

The law requires that I advise you of the essential elements of these offenses. The elements of the offenses to which you are pleading guilty are as follows:

**Count One: In violation of 21 U.S.C. § 841(a)(1):**

1. That in or around the date alleged in the Second Superseding Bill of Indictment, you knowingly and intentionally possessed a mixture or substance containing a detectable amount of cocaine; a mixture or substance containing a detectable amount of twenty-eight (28) grams or more of cocaine base; a mixture or substance containing a detectable amount of fentanyl; a mixture or substance containing a detectable amount heroin; and a mixture or substance containing a detectable amount marijuana

2. That you knew that this mixture or substance contained a detectable amount of actual ~~methamphetamine~~ said substances MR; and

3. That you intended to distribute some or all of this controlled substance.

**Count Two: In violation of 18 U.S.C. § 924(c)(1):**

1. That in or around the date alleged in the Second Superseding Bill of Indictment, you knowingly and intentionally possessed a firearm in furtherance of a drug trafficking crime, that is. as alleged in Count One MR

2. That you knowingly possessed a firearm in furtherance of a drug trafficking crime., that is possession with intent to distribute a controlled substance as previously described in Count One of the Second Superseding Bill of Indictment.

**Count Three: In violation of 18 U.S.C. § 922(g)(1):**

1. That in or around the dates alleged in the Second Superseding Bill of Indictment, that you had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year;

2. After that conviction, you knowingly and unlawfully possessed a firearm as described in the Second Superseding Bill of Indictment;

3. That at that time you possessed the firearm, you knew that you had been convicted of a crime punishable by imprisonment for a term exceeding one year; and

4. That the firearm had been shipped or transported in interstate or foreign commerce.

The maximum possible penalty for Count One is a term of imprisonment which may not be less than five (5) years but not more than forty (40) years, a fine not to exceed the sum of $5,000,000 or both, and a term of supervised release of four years, and a $100 special assessment.

If, however, as to Count One, the Court determines that the offense was committed after a prior conviction for a felony drug offense has become final, the penalty is a term of imprisonment of at least ten (10) years but not more than life, a fine not to exceed $8,000,000 or both, a term of supervised release of eight years, and a $100 special assessment.

The maximum possible penalty for Count Two is a term of imprisonment which may not be less than five (5) years but not more than forty (40) years, a fine not to exceed the sum of $5,000,000 or both, and a term of supervised release of four years, and a $100 special assessment.

Brandish Minimum 7yrs, Discharge Minimum 10yrs, Maximum - life imprisonment MR

The maximum possible penalty for Count Three is a term of imprisonment which may not be more than ten (10) years, a fine not to exceed the sum of $5,000,000 or both, and a term of supervised release of five years, and a $100 special assessment.

If, however, as to Count Three, the Court determines that the offense was committed after a prior conviction under the Armed Career Criminal Act becomes final, the penalty is a term of imprisonment of at least fifteen (15) years but not more than life, a fine not to exceed $20,000,000 or both, a term of supervised release of eight years, and a $100 special assessment.

9. a) Do you fully understand the charge against you, including any maximum and minimum penalties?

YES: √ NO: _____

b) Do you understand each element of the offense charged?

YES: √ NO: _____

c) Do you understand that upon a plea of not guilty the Government would be required to prove each element of the offenses charged beyond a reasonable doubt?

YES: √ NO: _____

d) Do you understand that the Government would be required to prove that the unlawful act(s) were committed knowingly, willfully, intentionally, and unlawfully?

YES: √ NO: _____

10. Have you been advised by your attorney that if you are not a citizen of the United States, your guilty plea may result in your deportation or removal from this country, your exclusion from admission to this country, or the denial of your naturalization under Federal law?

**YES:** ✓ **NO:** ______

11. Do you understand that entering a plea of guilty to a felony charge may deprive you, at least for a time, of certain civil rights such as the right to vote, hold a public office, serve on a jury and possess a firearm?

**YES:** ✓ **NO:** _____

12. If the Court imposes an active term of imprisonment of more than one year, the Court is required also to order a term of "supervised release," and a term of supervised release may be ordered in other circumstances. This means that after a defendant is released from prison, there are certain terms and conditions they will be required to follow. The length of supervised release usually ranges from one to five years, but may be more or less than that for certain offenses. Do you understand the term "supervised release" as the court has explained it to you?

**YES:** ✓ **NO:** _____

13. Do you understand that if you violate the terms and conditions of supervised release, you could be returned to prison for an additional period of time?

**YES:** ✓ **NO:** _____

14. Do you understand that parole has been abolished in the federal system; and if you are sentenced to a term of imprisonment, you will not be released on parole?

**YES:** ✓ **NO:** _____

15. Have you and your attorney discussed how the Sentencing Guidelines may apply in your case?

**YES:** ✓ **NO:** ____

16. Do you understand how these Guidelines may apply to you?

**YES:** ✓ **NO:** ____

17. Do you understand that the Court is not bound by the Sentencing Guidelines but nevertheless must consult the Guidelines and take them into account when sentencing?

**YES:** ✓ **NO:** ____

18. Do you understand that the sentence the Court will impose will be within the statutory limits and in the Court's sound discretion and could be greater or less than the sentence as provided by the Guidelines?

**YES:** ✓ **NO:** ____

19. Do you understand that the Court has followed the procedural components of the Guidelines system, which means that the Probation Office ~~has~~ will prepare~~d~~ a presentence report which contains Guidelines calculations and both you and the Government ~~have had~~ will have an opportunity to object to any alleged deficiencies in the report? MR

**YES:** ✓ **NO:** ____

20. Do you understand that in some circumstances you may receive a sentence that is different -- that is, either higher or lower -- than that called for by the Guidelines?

**YES:** ✓ **NO:** ____

21. Do you understand that if the sentence is more severe than you expect, you will still be bound by your plea and have no right to withdraw the plea of guilty?

**YES:** ✓ **NO:** _____

22. Do you understand that the Court has the discretion, in appropriate circumstances, to order you to make restitution to any victim of the offense. The Court may also, in the appropriate circumstance, require you to pay the costs of your confinement in prison or costs of supervision or special investigative costs, or all of these costs. The Court may also require you to forfeit property involved in the offenses. Do you understand these requirements as I have explained them to you?

**YES:** ✓ **NO:** _____

23. Do you understand you have a right to plead not guilty, to have a speedy trial before a judge and jury, to summons witnesses to testify in your behalf, and to confront witnesses against you?

**YES:** ✓ **NO:** _____

24. Do you understand that if you exercise your right to trial you would be entitled to the assistance of an attorney, that you would not be required to testify, that you would be presumed innocent, and the burden would be on the Government to prove your guilt beyond a reasonable doubt. Do you understand all of these rights?

**YES:** ✓ **NO:** _____

25. Do you understand that by entering a plea of guilty, you forfeit and waive (or give up) your right to plead not guilty, to a trial by jury, and at that trial the right to assistance of counsel, the right to confront and cross-examine witnesses against you, and the right against compelled self-incrimination or any other rights associated with a jury trial? Do

you understand that by entering this plea of guilty you are waiving (or giving up) all of these rights. There will be no trial. If your plea of guilty is accepted, there will be one more hearing where this Court will determine:

(a) Whether there is a factual basis for your plea; and

(b) What sentence to impose.

Do you understand that?

**YES:** ✓ **NO:** ____

26. Are you, in fact, guilty of the charges set forth in Counts One and Three of the Second Superseding Bill of Indictment? Two MR

**YES:** ____ **NO:** ____

27. Is your plea of guilty voluntary and not the result of coercion, threats or promises in any way [*other than those contained in the Plea Agreement*]?

**YES:** ✓ **NO:** ____

28. Do you understand that entering a plea of guilty to a felony charge may deprive you, at least for a time, of certain civil rights such as the right to vote, hold a public office, serve on a jury and possess a firearm?

**YES:** ✓ **NO:** ____

29. Is your willingness to plead guilty the result of prior discussions between your attorney and the attorney for the Government?

**YES:** ____ **NO:** ✓

30. Have the Government and Defendant entered a plea agreement of any kind or nature in this case?

**YES:** _____ **NO:** ✓

*If yes, then have the attorney for the government present the terms of the agreement and then ask the following questions:*

*Do you understand and agree with the terms of the Plea Agreement as they have just been explained to you?*

***YES:*** _____ ***NO:*** _____ N/A

*Is this your signature on the Plea Agreement?*

***YES:*** _____ ***NO:*** _____ N/A

31. Have you had ample time to discuss with your attorney all matters related to this case, and have you told your attorney everything you want him to know about this case?

**YES:** _____ **NO:** _____

32. Are you entirely satisfied with the services of your attorney?

**YES:** ✓ **NO:** _____

33. Are you telling the Court that you know and understand fully what you are doing; that you heard and understood all parts of this proceeding; and want the Court to accept your plea of guilty?

**YES:** ✓ **NO:** _____

34. Do you have questions, statements, or comments to make about anything brought up or discussed in the course of the proceeding? If you do, I will be happy to try and answer your questions or I will be glad to hear any statements or comments that you want to make.

**YES:** _____ **NO:** ✓

On advice and in the presence of counsel, the Defendant respectfully requests the Court to accept his guilty plea. By signing below, the Defendant (and counsel) certify and affirm that the answers given to the questions propounded by the Court, as recorded above and on the record, are true and accurate to the best of their knowledge.

Defendant's Signature

Counsel's Signature

Based upon the representations and answers given by the Defendant (and counsel) in the foregoing Rule 11 proceeding, the Court finds that the Defendant's plea is knowingly and voluntarily made; and that the Defendant understands the charges, potential penalties, and consequences of said plea. Accordingly, the Defendant's guilty plea is hereby accepted.

**IT IS SO ORDERED.**

**MARTIN REIDINGER**
**UNITED STATES DISTRICT JUDGE**