IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CERTIFICATION |
| | ) | |
| JERRELL TITO BOWMAN | ) | |
| | ) | |

**NOW COMES** Jerrell Tito Bowman, who being first duly sworn to tell the truth states and certifies that after consulting with my attorney, Jack Stewart, that I, Jerrell Tito Bowman, do hereby state, certify, and stipulate that the Factual Basis filed in this matter on June 29, 2020 and all the information and statements therein are true and accurate and had this matter proceeded to trial, the United States would have been able to prove the statements in the Factual Basis beyond a reasonable doubt.

This the 29 day of June 2020.

Jerrell Tito Bowman, Defendant

Defendant's Counsel's Signature: I am the attorney for Jerrell Tito Bowman. I have carefully reviewed the Factual Basis filed in this matter with Defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary decision.

This the 29 day of June 2020.

JStewart
Jack Stewart, Counsel for Defendant