This letter must be filed as a permanent part of my IRS/TDA/AIMS/IMF 23C record. If such record(s) have/has been deleted or substituted, this demand still applies.

INITIAL JB

FILED
ASHEVILLE, N.C.
JUL 13 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

Hand-Delivered

**UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF NORTH CAROLINA**

**ASHEVILLE DIVISION**

**MOTION- RIGHT TO SUBROGATION**

**33 U.S. CODE § 2715**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| **v.** ) | **DOCKET NO. 1: 19 CR 00045-MR-WCM** |
| ) | **BILL OF INDICTMENT** |
| ) | Violations: **21 USC § 841(a)(1)** |
| **JERRELL TITO BOWMAN** ) | **18 USC § 924(c)(1)(A)** |
| ) | **18 USC § 922(g)(1)** |

---

**NOTICE - SUBROGATION AND DISCHARGE AND OR SET-OFF OF ALL COMMERCIAL CRIME CHARGES/DRAFTS/NEGOTIABLE INSTRUMENTS/INDICTMENT/FEES/PENAL SUMS/BONDS/TAXES. FOR FULL SETTLEMENT AND CLOSURE AND TERMINATION OF ALL ACCOUNT(S) TO ZERO BALANCE AS SURETY/BENEFICIARY IN THESE PRECEEDINGS**

***For the record and to be read into the record and recorded into the record.***

**To all to whom these presents shall come, Greetings:** Now comes **Jerrell- Tito: Bowman© (Defendant, Surety/Beneficiary)** a natural person. I am of sound mind, do solemnly affirm that I am not a corporate, legal fiction entity, eng legis or juristic person. This notice is in good faith and honor. See ***UCC 5-102(3).***

Therefore, the surety/beneficiary [defendant JERRELL TITO BOWMAN] is one who stands behind a fiduciary[Attorney] by agreeing to pay the amount of the bond in the event the fiduciary[Attorney] becomes liable to pay it. The bond is a written promise by fiduciary to pay a sum of money to the court if the fiduciary's duties are not faithfully performed. A surety/beneficiary [defendant- JERRELL TITO BOWMAN] is one who stands behind a fiduciary [Attorney] by agreeing to pay the amount of the bond in the event the fiduciary [Attorney] becomes liable.

I. I, **Jerrell- Tito: Bowman©** accept for value and return for value and Presentment of Negotiability of Bill of Exchange/ Negotiable Instrument /Bill of Indictments/Information Sheet/Negotiable Instrument/Penal Sums/ Taxes/Bonds for docket number: **DOCKET NO. 1: 19 CR 00045-MR-WCM** from negotiability, issuance to presentment (**UCC 3-501a**) for full settlement and closure of all accounts in good faith and honor and noticed. I, **Jerrell- Tito: Bowman©** as surety/beneficiary accept for value and return for value Bill of Exchange/Draft/ Negotiable Instrument/Indictments/Information, complaint/penal sums/ taxes and bond. I, **Jerrell- Tito: Bowman©** as surety have beneficiary rights to subrogation in this matter. The complaint, information, or charges is a three-party draft, Commercial paper, or Bill of Exchange/ Negotiable Instrument. The Defendant/ Debtor or Straw man, Real Party of Interest, Artificial Entity [JERRELL TITO BOWMAN] is the Drawee-Surety/Beneficiary Jerrell- Tito: Bowman© and the Drawer is the GRAND JURY. The U.S. Attorney R. Andrew Murray and Assistant United States Attorney Thomas Kent of the

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION** are the Payees. The Drawer (Grand Jury) orders a Drawee (Defendant/Surety) to pay a sum of money to the Payee (Prosecutor) for his order. Therefore, as surety in this matter I, **Jerrell- Tito: Bowman©** have several remedial rights in addition to the right of reimbursement. These include the right of exoneration, subrogation, and contribution and the principle of stricitissimi juris. The basis for this right is said to be the implied duty that every principal owes to the surety to Perform at the earliest moment and exonerate the surety from liability.

II. I, **Jerrell- Tito: Bowman©** am the beneficiary of the strawman/ fictious entity (JERRELL TITO BOWMAN). I, **Jerrell- Tito: Bowman©** as beneficiary have the rights of exoneration, and to use subrogation as remedy with interest and lawful authority rightful to use conveyance to merger or extinguishment, debt/tax/negotiable instrument/ commercial charges/bill of indictment/bond and or fee as the Surety /Beneficiary. Revenue is a tax debt or tax bill.

III. I, **Jerrell- Tito: Bowman©**, notice this court and presiding Judge and Attorney U.S. Prosecutor that I will enter an **Anomalous Plea** (Equitable Plea) to accept all bill of indictment/negotiable instrument/commercial charges/taxes and accept for value and return for value by subrogation and full settlement and closure of accounts to zero balance. **Anomalous Plea**- An equitable plea consisting of both affirmative and negative matter. This is, it is partly confession and avoidance and partly transverse. The plea is appropriate when

the plaintiff, in the bill, has anticipated the plea, and the defendant then transverses the anticipatory matters.---Also termed Plea not pure. Cf. pure plea.

**Confession and Avoidance**- A plea in which a defendant admits allegations but pleads additional facts that deprive the admitted facts of adverse legal effects. For example, plea of contributory negligence (before advent of comparative negligence) was a confession and avoidance.---Also termed avoidance; plea in confession and avoidance; plea of confession and avoidance.

**Pure Plea-** An equitable plea that affirmatively alleges new matters that are outside the bill. If proved, the effect is to end the controversy by dismissing, displaying, delaying, or barring the suit. A pure plea must track the allegations of the bill, not evade it or mistake its purpose. Originally, this was the only plea known in equity.—Also termed Affirmative Plea. Cf. *anomalous plea*.

**Plea in equity-** A special defense relying on one or more reasons why the suit should be dismissed, delayed, or barred. The various kinds are (1) pleas to the jurisdiction, (2) pleas to the person, (3) pleas to the form of the bill, (4) pleas in bar of the bill. Pleas in equity generally fall into two classes pure plea and anomalous pleas.

I, **Jerrell- Tito: Bowman©,** exercise my right of equitable discharge. I notice the U.S. Attorney R. Andrew Murray and Assistant United States Attorney Thomas Kent of the **UNITED STATES DISTRICT COURT FOR**

**THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION** to certify my subrogation for full settlement and closure of all accounts to zero balance in this document.

Any and all of Creditors interest, rights or payments to JERRELL TITO BOWMAN I claim in full. Indorser may do so by Special Indorsements/ in full. Pay to the order JERRELL TITO BOWMAN. I claim any and all investments with Court Registry Investment System (CRIS) Administrative Office of the United States Courts under 28 U.S.C § 2045. Interpleader funds deposited under 28 U.S.C § 1335 meet the (IRS) Internal Revenue Service definition of a "Disputed Ownership Fund" (DOF).

I, **Jerrell- Tito: Bowman©**, notice and instruct presiding Administrative Judge as Trustee to discharge and settle and close all taxes, bonds, penal sums, and commercial charges by termination of all accounts to zero balance, in camera. Protection and preference as between domestic and foreign citizens and creditors. The general rule is that the courts of a state will protect its own citizens as against discrimination by a foreign receivership with respect to property and funds within the state, and to this end they will not permit such property and funds to be taken out of the jurisdiction by a foreign receiver, or transmitted to him, unless they are satisfied that no injustice will be done to the citizens of the domestic state. The courts will not permit an action by the foreign receiver to the prejudice of local citizens and creditors. *See*, **66 Am. Jur. 2d § 437**.

**DECLARATION/AFFIRMATION**

1. I, **Jerrell- Tito: Bowman©,** Surety/Beneficiary, hereinafter referred to as Affiant or explicitly Jerrell-Tito: Bowman© and hereby certify and declare under the penalty of perjury on the

unlimited commercial liability of affiant, on and for public record, that the following facts are true, and correct to the best of the Affiants personal knowledge, understanding and belief. I respectfully submit the following in the said matter, of all charges/offenses. **Jerrell- Tito: Bowman© Subrogate** as authorized beneficiary, and by Divine right, without legal authority All charges. This right is not founded in law but to insure justice and fairness, in good faith do hereby request and redeem bonds for full settlement and closure and or termination of all charges and accounts to zero balance.

**Subrogation**

2. Affiant has right, remedy, and interest to use subrogation.

Subrogation defined in **(Black's Law Dictionary First Edition 1891)**.

**Subrogation**- The substitution of one thing for another, or of one person into the place of another with respect to rights, claims, or securities. Subrogation denotes the putting a third person who has paid a debt in the place of the creditor to whom he has paid it, so as that he may exercise against the debtor all rights which the creditor, if unpaid, might have done. It is of two kinds, ---either conventional or legal; the former being where the subrogation is expressed, by the acts of the creditor and the third person; the latter being (as in the case of sureties) where the subrogation is implied by the law. Brown

The Equity by which a person who is secondarily liable for a debt, and has paid it, is put in the place of the creditor, so as to entitle him to make use of all securities and remedies possessed

by the creditor, in order to enforce the right of exoneration as against the principle debtor, or of contribution against others who are liable in the same rank as himself.

3. Affiant, **Jerrell- Tito: Bowman©** makes claim to be the lawful subrogated in this matter.

**Subrogee**- A person who is subrogated; one who succeeds to the rights of another by subrogation. Therefore, has standing as subrogee in this matter. (Black's Law first edition 1891).

Legal Subrogation defined in **(Black's Law Dictionary Fifth Edition)-** A right rising by operation of law. Where one having liability right, or fiduciary relation pays another debt under circumstances equitably entitling former to rights, remedies or securities held by creditor. Where person pays in performance of legal duty imposed by contract, statue, or rule of law where payment is favored by public policy. Where persons secondarily liable pays debt and becomes subrogated to creditors rights. Where person who pays stands in situation of a surety or is compelled to pay to protect his own right or property.

The United States Supreme Court said, in **United States v. Russell [13 Wall, 623, 627]** "Private property, the Constitution provides, shall not be taken for public use without just compensation." See the **Fifth Amendment United States Constitution.**

"The right of subrogation is not founded on contract. It is a creature of equity; is enforced solely for the purpose, of accomplishing the ends of substantial justice; and is independent of any contractual relations between parities, "**Memphis & L.R. R. Co. v. Dow, 120 U.S. 287, 301-302 (1887).**

I, **Jerrell- Tito: Bowman©** meet all requirements for subrogation. The surety/defendant/beneficiary is entitled to subrogation. First: The entity must pay to protect its own interest. Second: It must not act as a volunteer. Third: The debt must be for which the entity was not primarily liable. Fourth: The entire debt must be paid. Fifth: Subrogation must not work any injustice to the rights of others. *See, **e.g., Golden Eagle Insurance Co. v. First Nationwide Fin. Corp., 26 Cal. App. 4Th 160, 169 (1994) Down v. Bidwell 182 US 244 21 S. Ct. 770 45 L. Ed. 1088.*** Therefore, I, **Jerrell- Tito: Bowman©** has satisfied all five parts of subrogation and exonerated to the rights of the Creditor. *See, **LAURENCE P. SIMPSON, HANDBOOK ON LAW OF SURETYSHIP § 47, AT 215 (1950).*** If dishonor I will use the Federal Arbitration Act and seek relief. The code (UCC) Uniform Commercial Code 5-111 as remedy to file an Appeal to the Fourth Circuit of Appeals immediately for review. Therefore, if dishonor I, Jerrell- Tito: Bowman exercise my right to immediately file an appeal!

**EQUITY**

4. Affiant has equity in the matter before this court and the right to transform a fiction in law and to pass or transmit title to another as defined in law. **Equity-** ensures fairness and impartiality. **Equity** defined in defined in (Black's Law Dictionary Eight Edition)- Fairness; impartiality; evenhanded dealing (the company's policies require managers to use equity in dealing with subordinate employees). The body of principles constituting what is fair and right; natural law

the concept of "Inalienable rights" reflects the influence of equity on the Declaration of Independence.

"In its popular sense it [equity] is practically equivalent to natural justice. But it would be a mistake to suppose that equity, as administered by the Courts, embraces a jurisdiction as wide and extensive as that which would result from carrying into operation all the principles of natural justice. There are many matters of natural justice wholly unprovided for, from the difficulty of framing any general rules to meet them, and from the doubtful wisdom of a policy of attempting to give a legal sanction to duties of imperfect obligation, such as charity, gratitude and kindness. A large proportion; of natural justice in its widest sense is thus not judicially enforced but is left to the conscience of each individual. The resource to principles of justice to correct or supplement the law as applied to particular circumstances ( the judge decided the case by equity because the statue did not fully address the issue). The system of law or body of principles originating in the English court of Chancery and superseding the common and statue law (together called "law" in the narrower sense) when the two conflicts in appealing to the equity of the court, she was appealing to the "king's conscience".

I, **Jerrell- Tito: Bowman©** notice for the record the Maxims of equity. **A-** Equity regards as done what ought to be done. This makes possible the legal phenomenon of equitable conversion. **B-** Equity will not suffer a wrong to be without a remedy. Affiant has legal remedy and judicial relief by specific performance or an injunctive relief. ***See, Marbury v. Madison.*** **C-** One who seeks

equity must do so with clean hands. Affiant actions are in honor and good faith without recourse. **D-** Equity imputes an intent to fulfill an obligation. In good faith Affiant has accepted for value and returned for value to settle any and all debts and or charges/penal sums to zero balance. **E-** Equity acts in *personam (i.e. on persons rather than on objects)*. Affiant has addressed this court in Personam. **F-** Equity follows law. Affiant is doing a lawful action. **G-** Equity will not allow a statute to be used as a cloak for fraud. **H-** Equity regards the beneficiary as the true owner. Affiant has no evidence to rebut that I, **Jerrell- Tito: Bowman©** as beneficiary in this matter.

I, **Jerrell- Tito: Bowman©** for the record and to be recorded into the record that I have no evidence to rebut the fact that I am entitled to conversion in equity with the right of subrogation.

**Conversion-** In equity. The transformation of one species of property into another, as money into land or land into money; or, more particularly, a fiction of law, by which equity assumes that such a transformation has taken place (contrary to the fact) when it is rendered necessary by the equities of the case,----as to carry into effect the directions of a will or settlement,--and by which the property so dealt with becomes invested with the properties and attributes of that into which it is supposed to have been converted. **(Black's Law first edition 1891).**

I, **Jerrell- Tito: Bowman©** for the record and to be recorded into the record that I have no evidence to rebut the fact that Affiant has right to convey trust property.

**Convey**- To pass or transmit the title to property from one to another; to transfer property or the title to property by deed or instrument under seal. **(Black's Law first edition 1891).**

To convey real estate is, by an appropriate instrument, to transfer the legal title to it from the present owner to another. **29 Conn. 356.**

Convey relates properly to the disposition of real property, not to personal. **21 Barb. 551, 561.**

5. Affiant is rightful and beneficial interest and right in the equitable title in Cestui Que Trust a Legal Estate.

**Cestui Que Trust**- He who has a right to beneficial interest in and out of an estate the legal title to which is vested in another. **2 Washb. Real Prop. 163.**

The person possesses the equitable right to property and receives the rents, issues, and profits thereof, the legal estate of which is vested in the trustee. **(Black's Law first edition 1891).**

6. Affiant has right to receive benefits and profits of the estate for the duration of the estate.

**Cestui Que Use**- He for whose use and benefit lands or tenements are held by another. The *cestui que use* has rights to receive the profits and benefits of the estate, but the legal title and possession (as well as the duty of defending the same) resides in the other. **(Black's Law first edition 1891).**

**Cestui Que Vie**- He whose life is the measure of the duration of an estate. **1 Washb. Real Prop. 88. (Black's Law first edition 1891).**

7. Affiant is the authorized representative of the strawman and this fictitious artificial person is

created for governments distinguished from natural persons.

8. Affiant has remedy to accomplish something that is otherwise impermissible.

**STRAW MAN**- **1.** A fictitious person. esp. one that is weak or flawed. 2. A tenuous and exaggerated counterargument that an advocate puts forward for the sole purpose of disproving it. --- Also termed *straw man argument.* 3. A third party used in some MEN OF STRAW. See **(Black's Law Dictionary 8th edition)**. transactions as a temporary transferee to allow the principle parties to accomplish something that is otherwise impermissible. Cf. *DUMMY.* 4. a person hired to post a worthless bail bond for the release of an accused. ---Also termed *stramineus homo.*

**MEN OF STRAW**- *Hist.* False witnesses who wandered around courts and were paid to give untrue testimony. **Black's law dictionary 8th edition**

**ARTIFICIAL PERSONS**. Persons created by human laws for the purpose, of society and government, as distinguished from natural persons. Corporations are examples of artificial persons. **1 Bl.Comm. 123. Chapman v. Brewer, 43 Neb. 890, 62 N.W. 320, 47 Am.St.Rep. 779.**

9. Affiant proves that a birth is two separate existence and give credibility to the validity of the The strawman, fictitious person, artificial person.

**Birth**- The act of being born or wholly brought into separate existence. **(Black's Law first edition 1891).**

10. Affiant has no evidence to rebut that affiant has certificate, counter- deed sealed and authenticate and dated with Full faith and credit by United States of America Department of Secretary of State and I, Jerrell- Tito: Bowman is in fact the beneficiary.

**Certificate-** A written assurance, or official representation, that some act has or has not been done, or some event occurred, or some legal formality been complied with. Particularly, such written assurance made or issuing from some court, and designed as a notice of things done therein, or as a warrant or authority, to some other court, judge, or officer. **(Black's Law first edition 1891).**

**Deed-** A seal instrument, containing a contract or covenant, delivered by the party to be bound thereby, and accepted by the party to whom the contract or covenant runs.

**(Black's Law first edition 1891).**

**Beneficiary-** A term suggested by Judge Story as a substitute for the *cestui que trust* and adopted to some extent. **1 Story, Eq. jur. Subsec. 321. (Black's Law first edition 1891)**

He that is in possession of a benefice; also, cestui que trust, or person having the enjoyment of property, of which a trustee, executor, etc., has the legal possession.

11. Affiant has full proof of Settlement/Birth certificate (Corpus Trust) with authorized autograph signatures of NORTH CAROLINA SECRETARY OF STATE Elaine F. Marshall **document number- 06 14, 2018 #02189** and DEPARTMENT OF STATE Michael R. Pompeo SECRETARY OF STATE **document Identifying number- 18046352-1.** Affiant has protection and standing by

**Constitution for the United States Republic Article IV section 1**. Full faith and credit shall be given in each state to public acts, records, and judicial proceedings of every other state. And the Congress may by general laws prescribe the manner in which such acts, records, and proceedings shall prove , and the effect thereof.

**Full Proof-** In the civil law. Proof by two witnesses, or a public instrument. **Hillifax, Civil Law, b. 3, c. 9, nn. 25,30; 3 Bl. Comm. 370. *U.S. Constitution Full Faith and Credit.***

**Full Right**- The union of a good title with actual possession. **(Black's Law first edition 1891).**

**Principal-** Chief; leading; highest in rank or degree; most important or considerable; primary; original; the source of authority or right. **(Black's Law first edition 1891).**

In the law of guaranty and suretyship. The principle is the person primarily liable, and for whose performance of his obligations the guarantor or surety has become bound.

12. Affiant has right and remedy to settle account with the use of Cesti Que Trust to convert to one's own service with lawful rights.

**Rights**- are remedies, "Rights" include remedy.

**Use-** To make use of, to convert to one's service, to avail one's self of, to employ. **Hopkins v. Howard's Ex'x, 266 Ky. 685, 99 S.W. 2d 810, 812. (Black's Law first edition 1891).**

A **use** regards principally the beneficial interest. **(Black's Law first edition 1891).**

***Civil law.*** *A* right of receiving so much of the natural profits of a thing as is necessary to daily sustenance. It differs from "usufruct," which is a right not only to use, but to enjoy. Right given

to any- one to make a gratuitous use of a thing belonging to another, or to extract such a portion of the fruit it produces as is necessary for his personal wants and those of his family. **(Black's Law fifth edition).**

13. Affiant has right and standing to convey instrument for his benefit.

***Conveyancing.*** "Use" literally means "benefit;" thus, in ordinary assignment of chattels, the assignor transfers the property to the assignee for his "absolute use and benefit. **(Black's law fifth edition).**

14. Affiant has right of enjoyments and use as a utility and benefit.

**(e)** ***Non-technical sense.*** The "use" of a thing means that one is to enjoy, hold, occupy, or have some manner of benefit thereof. Use also means usefulness, utility, advantage, productive of benefit. **Black's Law Dictionary 5th Edition.**

15. Affiant has right and interest to merge straw man and extinguish debt with rights of action.

**Merger-** The fusion or absorption of one thing or right into another; generally spoken of a case where one of the subjects is of less dignity or importance than the other. Here the less important ceases to have an independent existence. **(Black's Law Dic. 1st edition 1891).**

**Of rights.** This term, as applied to rights, is equivalent to "*cunfusio*" in the Roman law and indicates that where the qualities of debtor and creditor become united in the same individual, there arises a confusion of rights which extinguishes both qualities; whence, also, merger is often called "extinguishment." Brown.

**Rights of action-** In the law relating to rights of action, when a person takes or acquires a remedy or security of a higher nature, in legal estimation, than the one which he already possesses for the same right, then his remedies in respect of the minor right or security merge in those attaching to the higher one. **Leake, Cont. 506; 10 C.B. 561.** As where a claim is merged in the judgement recovered upon it.

16. Affiant has right to merger when the same person is bound to pay and extinguish any and all debts.

**Merger-** rights. Rights are said to be merged when the same person who is bound to pay is also entitled to receive. This is more properly called a confusion of rights, or extinguishment. See **(Bouvier's Law Dictionary Revised Sixth Edition 1856).**

**Extinguishment-** The destruction or cancellation of a right, power, contract, or estate. The annihilation of a collateral thing, or subject in the subject itself out, of which it is derived. Prest. Merg. 9. For the distinction between and extinguishment and passing a right, see **2 Shars. Bl. Comm. 325., note.**

**(f)** "Extinguishment" is sometimes confounded with "merger" though there is a clear distinction between them. "Merger" is only a mode of extinguishment and applies to estates only under circumstances: but "extinguishment" is a term of general application to rights, as well as estates **2 Crabb, Real Prop. p. 367 § 1487. (Black's Law First Edition 1891).**

17. Affiant states that this is a court of law and equity.

**Court of Law-** 1. Broadly, any judicial tribunal that administers the laws of a state or nation. 2. A court that proceeds according to the course of the common law, and that is governed by its Rules and principles. Cf. court equity. Cf.= confer, Consult. **Black's law 8th edition.**

**Court of Equity-** A court that (1) has jurisdiction in equity, (2) administers and decides controversies in accordance with rules, principles, and precedents of equity, and (3) follows the forms and procedures of chancery. Cf. court of law. {Cases: courts 42 (7).} **Black's Law dictionary 1st edition 1891.**

**Equity, Court of -Equity follows law. Talb. 52.** Equity adopts and follows the rules of law in all cases to which those rules may, in terms, be applicable. Equity, in dealing with cases of equitable nature, adopts and follows the analogies furnished by the rules of law. A leading maxim of equity jurisprudence, which, however, is not universal application, but liable to many expectations. **Story, Eq. Jur. § 64. (Black's Law dictionary 1st edition 1891).**

18. Affiant notice this court that the bench is a banc.

**Banc** - Bench; the seat of judgement; the place where a court permanently or regularly sits.

19. Affiant is in honor and good faith and using positive law and substantive law.

**Exceptions**- Equity looks upon that has done which ought to have been done. **1 Story, Eq. Jur. § 64g.** Equity will treat the subject matter, as so collateral consequences and incidents, in the same manner as if the final acts contemplated by the parties has been executed exactly as they ought to have been; not as the parties might have executed them.

**RULE OF LAW-** A legal principle, of general application sanction by the recognition of authorities and usually express in the form of a maxim or logical proposition. Called a "Rule" because in doubtful unforeseen cases it is a guide or norm for their decision, **Toullier, tit. Prell. No. (Black's Law 1st edition (1891).**

**Positive Law-** Law and specifically enacted or adopted by proper authority for the government of an organized jural society.

20. Affiant has no evidence to rebut the fact that government is not holder in due course nor produce on the record of any such claim. Affiant has prima facie evidence of this claim and fact.

**Holder in Due Course**- In English law, is "a holder who has taken a bill of exchange (check or note) complete and regular on the face of it, under the following conditions, namely: (a) That he became the holder of it before it was over-due, and without notice that it had been previously dishonored, if such was the fact. (b) that he took the bill (check or note) in good faith and for value, and that at the time it was negotiated to him he had no notice of any defect in the title of the person who negotiated it." Bills of exchange act, 1852, (45 & 46 Vict. c, 61 § 29.)

21. Affiant has POA Charles T Lee with possession of the instrument.

**Possession-** The detention and control, or the manual or ideal custody, of anything which may be the subject of property, for one's use and enjoyment, either as owner or as the proprietor of a qualified right in it., and either held personally or by another who exercises it in one's place

and name. that condition of facts under which one can exercise his power over a corporeal thing at his pleasure to the exclusion of all other persons.

22. Affiant has prima facie evidence to these facts.

**Prima Facie- Lat.** At first sight; on the first appearance; on the face of it; so far as can be judge from the first disclosure; presumably.

**Prima Facie Evidence-** Such evidence as, in judgment of law, is sufficient to establish the fact, and, if not rebutted, remains sufficient for the purpose.

23. Affiant has title, interest, and superior claim in the estate of **JERRELL TITO BOWMAN** than U.S. Attorney R. Andrew Murray and Assistant United States Attorney Thomas Kent of the **UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION** .

**Interest-** In property. The most general term that can be employed to denote a property in lands or things real, it is frequently used in connection with terms "estate," "right," and "title," and, according to Lord Coke, it properly includes them all. **Co. Litt. 345b.**

In the law of evidence- "Interest," in a statute that no witness shall be excluded by interest in the event of the suit, means "concern," "advantage," "good," "share," "portion," "part," or "participation." **11Barb. 471; 11 Metc. (Mass.) 390.**

24. Affiant has interest in estate and no evidence to rebut this fact.

**Estate-** 1. the interest which anyone has in lands, or in any other subject of property. 2. In another sense, the term denoted the property (real or personal) in which one has a right or interest; the subject matter of ownership; the corpus of property. Thus, we speak of a "valuable estate", "trust estate," and "personal estate."

**Title- In real property law-** Title is the means whereby the owner of lands has possession of his property. **Co. Litt. 345; 2 Bl Comm. 195.**

25. Affiant has no evidence to rebut the fact that charges are negotiable instruments.

**Negotiable Instrument**- A general name for bills, notes, checks, transferable bonds or coupons, letters of credit, and other negotiable written securities.

Any written security which may be transferred by indorsement and delivery or by delivery merely, to vest in the indorsee the legal title, and thus enable him to sue thereon in his own name. Or, more technically, those instruments which not only carry the legal title with them by indorsement or delivery, but carry as well, when transferred before maturity, the right of the transferee to demand the full amount which their faces call for. Daniel, Neg. Inst. subsect 1a.

26. Affiant declares that there is no injured natural person(s)/person(s). The following charges are commercial crimes. Affiant has no evidence to rebut the fact that these charges **21 USC § 841(a)(1); 18 USC § 924(c)(1)(A); 18 USC § 922(g)(1) are COMMERCIAL CRIMES. Federal Rules of Civil Procedures (FRCP): Rule 2. One form of action**- the civil action.

27. Affiant has no evidence to rebut the fact that The Clearfield Trust Doctrine applies to the Government. **CLEARFIELD TRUST DOCTRINE** – Governments descend to the level of a mere private corporation and take the characteristics of a mere private citizen. Where private commercial paper [Federal Reserve Notes] and securities [checks] is concerned. For the purpose of suit. Such corporations and individuals are regarded as entities entirely separate from the government.

*See,* **Clearfield Trust Co. v. United States, 318 U.S. 363-371 (1942)** See note: The Clearfield Doctrine is *stare decisis* upon all courts and imposes that an entity cannot compel performance upon its corporate statues or corporation rules unless it like any other corporation. Is the *Holder in Due Course of some contract or commercial agreement* between it, and the _one on whom its demands for specific performance are made? Therefore, when private commercial paper is used by corporate government, then the Government loses its sovereignty status and becomes no different than mere private corporations. As such, the Government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some performance based upon its corporate statutes or corporation rules, then the government, like any private corporation, must be holder -in-due-course of a contract or other commercial agreement between it and the one upon whom demands for specific performance are made. Affiant has no evidence to rebut the fact that the Prosecution for the United States is not holder-in-due-course.

28. Affiant states for the record **THIRTY-NINTH CONGRESS. Sess. 1 Ch. 31. 1866. CHAP. XXXI-** An Act to protect all Persons in the United States in their Civil Rights and furnish the Means of their Vindication. **Section 2** of this act- And be it further enacted, That any person who, under the color of any law statute, ordinance, regulation, or customs, shall subject, or cause to be subjected, any inhabitant of any State or Territory to the deprivation of any right secured or protected by this act, or to different punishment, pains, or penalties on account of such person having at any time been held in a condition of slavery or involuntary servitude, except as a punishment for a crime whereof the party shall have been duly convicted, or by reason of his color or race, than is prescribed for the punishment of white persons, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by fine not exceeding one thousand dollars, or imprisonment not exceeding one year, or both, in discretion of the court. **THIRTY-NINTH CONGRESS. Sess. I Ch. 31. 1866.**

29. Affiant states for the record that rights are reserved under Title 18 USC 241 Conspiracy against rights and 18 USC 242 Deprivation of rights under color of law and UCC 1-308 formally UCC 1-207; UCC 1-103.6 and At Arm's Length at the Register of Deeds Buncombe County Asheville, North Carolina USA and Document ID: 0317937000 BK 5671 PG 1668-1670 on July 11, 2018 titled Notification of Reservation of Rights.

30. Affiant states that all charges in this matter are commercial crimes; revenue laws **27 CFR 72.11**

***Commercial crimes***. any of the following types of crimes (Federal or State): Offenses against the revenue laws; burglary; counterfeiting; forgery; kidnapping; larceny; robbery; illegal sale or possession of deadly weapons; prostitution (including soliciting, procuring, pandering, white slaving, keeping house of ill fame, and like offenses); extortion; swindling and confidence games; and attempting to commit, or compounding any of the foregoing crimes. Addiction to narcotic drugs and use of marihuana will be treated as if such were commercial crime.

31. I, Jerrell- Tito: Bowman state for the record that I no knowledge of an injured party and I have not injured any natural person or person.

*For a crime to exist, there must be an injured party (Corpus Delicti) there can be no sanction or penalty imposed on one because of this Constitutional right.* **Sherer v. Cullen 481 F. 945:**

32. Affiant is protected under the United States of America Constitution the Eleventh Amendment.

**The 11th Amendment of the Constitution of the United States**- Reads, "The Judicial Power of the United States shall not be construed to extend to any suit in law of equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of a Foreign State," (A foreign entity, agency, or state cannot bring suit against United States citizen without abiding the following procedure.)

Every State law must conform in first place to the Constitution of the United States, and then to the subordinate constitution of the particular state; and if it infringes upon them the provisions of either, it is so far void. **Houston v. Moore, 18US 1, 5 L. Ed. 19 (1840).**

33. Affiant states that statues are not law.

Statues are not law- To be convicted under a statue you must give your Consent.

A Statute is not Law, **"(Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So. 2d 244, 248**), A "Code" is not a law," **(In Re self v Rhay Wn 2d 261),** in point of fact in law,

A concurrent or joint resolution of legislature is not "Law," **(Koening v Flynn, 258 N.Y. 292, 179 N.E. 705,707; Ward v State, 176 Okl. 368,56 P.j2d 136,137; State ex rel. Todd v Yelle, 7 Wash. 2d 443,110 P.2d 162,165).**

**STATUE**- **[Blacks Law 4th Edition]** The written will of the legislature, solemnly expression according to the forms prescribed in the constitution; an act of the legislature.

**US SUPREME COURT DECISION**- The Common law is the real law, the Supreme Law of the land, the codes, rules, regulations, policy and statues are "not the law". **[Self v Rhay, 61 Wn. (2d) 261]**

**US SUPREME COURT DECISION**- "All codes, rules and regulations are for government authorities only, not human/Creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process..." **[Rodrigues v Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985)].**

34. Affiant accepts presentment Indictment/True Bill/Bill of Exchange/Negotiable Instrument for value and return for value for full settlement and closure of all accounts to zero balance.

**Bill of Indictment**- A formal written document accusing a person or persons named of having committed a felony or misdemeanor, lawfully laid before a grand jury for their action upon it. If

the grand jury decide that a trail ought to be had, they indorse on it "a true bill;" if otherwise, "not a true bill" or "not found." **(Black's Law first edition 1891).**

**True Bill-** In criminal practices, the indorsement made by a grand jury upon a bill of indictment, when they find it sustained by evidence laid before them and are satisfied of the truth of the accusations. **4 Bl. Comm. 306. (Black's Law first edition 1891).**

35. Affiant states that obligations are United States.

**Obligations**

**Obligations**- An obligation is a legal duty, by which a person is bound to do or not to do a certain thing. **Civil Code cal. subsect. 1427; Civil Code dak. subsect. 798.**

The binding power of a vow, promise, oath, or contract, or of law, civil, political, or moral, independent of a promise; that which constitutes legal or moral duty, and which renders a person liable to coercion and punishment for neglecting it. Webster.

**Public Law-** That branch or department of law which is concerned with the state in its political or sovereign capacity, including constitutional and administrative law, and with definition, regulation, and enforcement of rights in cases where the state regarded as the subject of right or object of duty,---including criminal law and criminal procedure,--- and the law of the state, considered in its *quasi* private personality, i. e. as capable of holding or exercising rights, or acquiring and dealing with property, in the character of an individual. See **Holl. Jur. 106, 300.**

**(c) Public Policy-** The principles under which freedom of contract or private dealings is restricted by law for the good of the community. Wharton.

The term "policy," as applied to the statute, regulation, rule of law, course of action, or the like, refers to its probable effect, tendency, or object, considered with reference to the social or political well-being of the state. Thus, certain classes of acts are said to be "against public policy," when they refuse to enforce or recognize them, on the ground that they have a mischievous tendency, so as to be injurious to the interest of the state, apart from illegality or immorality. Sweet.

36. Affiant has accepted court indictment and acknowledges that the United States is responsible for the debt according to law.

**28 U.S. Code § 3002 Definitions**

**(a)** (2) "Court" means any court created by the Congress of the United States, excluding the United States Tax Court.

(b) (3) "Debt" means--(A) an amount that is owing to the United States on account of a direct loan, or loan insured or guaranteed, by the United States: or

**(b)** an amount that is owing to the United States on account of a fee, duty, rent, service, sale of real or personal property, overpayment, fine, assessment, penalty, restitution, damages, interest, tax, bail bond forfeiture, reimbursement, recovery of cost incurred by the United

States, or other source of indebtedness to the United States, but that is not owing under the terms of a contract originally entered into by only persons other than the United States; and indicates any amount owing to the United States for the benefit of Indian tribe or individual Indian. but excludes any amount to which the United States vis entitled under section 3011(a).

37. Affiant has no evidence to rebut the fact that all debt including bonds certificates of indebtedness are obligations of the United States.

**TITLE 18 PART 1 CHAPTER 1 SEC. 1. Sec. 8.**

**Sec, 8.- Obligations or other security of the United States defined**

**The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency,** Federal Reserve notes, Federal reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United states, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.

**Stamp-** An impression made by public authority, in pursuance of law, upon paper or parchment, upon which certain legal proceedings, conveyances, or contracts are required to be written, and for which a tax or duty is extracted.

**Stamp Acts-** In English law. Acts regulating the stamps upon deeds, contracts, agreements, papers in law proceedings, bill and notes, receipts, and other papers.

38. Affiant states that the Supreme Law of the land is Treaty's and the Constitution of the United States of America.

**Stare Decisis-** Lat. To stand by decided cases; to uphold precedents; to maintain former adjudication. **1 Kent, Comm. 477.**

39. Affiant states that Certificate of Live Birth is a bank note, security instrument, negotiable instrument. The International Bill of Exchange is legal tender as a national bank note, or note of a National Bank Association, by legal tender and/or statutory definition (**12 CFR Sec. 229.2, 210.2, 12 USC 1813)**, issued under the authority of the United States Code **31 USC 392, 5103,** which officially defines this as statutory legal tender obligation of THE UNITED STATES, and issued in accordance with **31 USC 3123** and **HJR-192 (1933)** which establish and provide for its issurance as "Public Policy" in remedy for discharge of equity interest recovery on that portion of the public debt to its Principles, and Sureties bearing the Obligation of THE UNITED STATES.

40. Affiant restate claims that all debts are an obligation of the United States.

**TITLE 12 CHAPTER 3 SUBCHAPTER XII Sec. 411.**

**Sec, 411. – Issuance to reserve banks; nature of obligation;** redemption

Federal Reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. *The*

*said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserves banks and for all taxes, customs, and other public dues.*

41. Affiant states for the record Title 31.

**Title 31, Subtitle IV, Chapter 51, Subchapter I, Sec. 5103**

***Legal tender-*** United States coins and currency (including Federal reserve notes and circulating notes of Federal reserve banks and national banks) are legal tender for all debts, public charges, taxes, and dues. (emphasis added).

42. Affiant is a bank according to law. **"Bank"** means ***a person engaged in the business of banking,"***

**12CFRSec. 229.2** definitions **Bank** means–"the term bank also includes **any person** engaged in the business of banking.

**12CFRSec. 210.2** Definitions. (d) "Bank means any person engaged in the business of banking."

**USC Title 12 Sec. 1813- Definition of Bank and related Terms- (1) Bank-** The term "bank" – (A) "means any national bank, State bank, and district bank, and any Federal branch and insured branch,"

"A commercial instrument resembling a bank note in every particular except that is given by a private banker or unincorporated banking institution."

43. Affiant states payment of debts.

**TITLE 31, SUBTITLE III CHAPTER 31, SUBCHAPTER II, § 3123- Payment of obligations and interest on public debt.**

**(a)** The faith of the United States Government is pledged to pay, in legal tender, principal interest on the obligations of the government issued under this chapter.

**(b)** "**The Secretary of the Treasury** shall pay interest due or accrued on the public debt."

**TITLE 31>SUBTITLE III> CHAPTER31 > SUBCHAPTER II> Sec. 3130.**

**Sec. 3130- Annual public debt report**

definitions

**(2) Total public debt** – The term "total public debt" means the total amount of the obligations subject to the public debt limited established in section 3101 of this title.

**(3) Net public debt**- The term net public debt" means the portion of the total public debt which is held by the public.

**Sec. 3101- Public debt limit**

**(b)** The face amount of obligations issued under this chapter and the face amount of obligations whose principle and interest are guaranteed by the United States Government **(except guaranteed obligations held by the Secretary of the Treasury)** may not be more than $5,950,000,000,000, outstanding at one time, subject to changes periodically made in that amount as provided by law.

**Public Policy HJR- 192- STANDARD AND ABROGATE THE GOLD CLAUSE, JUNE 5, 1933 H.J. Res. 192, 73rd Cong., 1st session [Act of 1933].**

As used in this resolution, the term "**obligation**" means an obligation (including every obligation of and to the United States, excepting currency) payable in money of the United States; and the term "coin" or "currency" means coin currency of the United States, including Federal Reserve notes and circulating notes of the Federal Reserve banks and National banking association. "All coins and currencies of the United States (including Federal Reserves notes and circulating notes of the Federal Reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, for public and private, public charges, taxes, duties, and dues,". **Remedy- Public Law Chapter 48, 48 Statues 112.**

44. Affiant states for the record that the Pontiff Francis is the Highest Authority over all courts and competent Judicial Authority of Vatican shall also exercise penal jurisdiction.

This is in accordance to APOSTOLIC LETTER ISSUED MOTU PROPRIO OF THE SUPREME PONTIFF FRANCIS ON THE JURISDICTION OF JUDICIAL AUTHORITIES OF VATICAN CITY STATE IN CRIMINAL MATTERS SIGNED 11 JULY 2013 ENFORCED 1 SEPTEMBER 2013.

**(a)crimes committed against the security, the fundamental interest or the patrimony of the Holy See.**

**(b) crimes referred to: in Vatican City State Law No. Of 11 July 2013, containing *Supplement Norms on Criminal Matters;***

**- in Vatican City State Law No. IX, of 11 July 2013, containing Amendments of the criminal code and the Criminal Procedure code.**

SETTLEMENT/BIRTH CERTIFICATE is a security, bond, note, title, instrument, deed and record.

**Jerrell- Tito: Bowman©** is the beneficiary of the settlement/certificate of live birth of JERRELL TITO BOWMAN beneficiary.

Cannon Law 3348- a Settlement Certificate, also known as "**Birth** *Certificate,* "since the formation of Central Records and registers in 1836. The Birth Certificate is a security.

Cannon 3349- Under Statutes and Policies promulgated from Westminster and other bodies, a Birth Certificate, fulfills multiple and distinct functions and states, depending upon its recognition and activity at hand, including but not limited to: *Certificate of Title to Cestui Que Use of Persons being recognized.*

**AFFIRMATION**

I, **Jerrell- Tito: Bowman©** affirm that I have read and attest to and believe all statements therein to be true, accurate and complete. I reaffirm That I am not a corporate, legal fictional entity, ens legis or juristic person, but am in fact a separate and distinct and discrete, living, breathing, flesh, and blood man, endowed by the Creator with inalienable rights, and do hereby exercise such with all legal intent and lawful authority. I further affirm that I am the Surety and beneficiary in this action.

In good Faith,

By: Jerrell Tito Bowman ©.

By: Charles - L: Lee WITHOUT RECOURSE

Authorized Represenitive

Power of Attorney in Fact

**DECLARATION**

**Further This Affiant saith,**

**I, Jerrell- Tito: Bowman© Attest that all is true and correct to the best of my knowledge and under the penalty of perjury of the united states of America. That this Declaration will have my autograph signature affixed with explicit Reservation of All my Rights and At Arm's Length. Notice of Reservation of Rights Public Knowledge at Register of Deeds Buncombe County NC BK 5671 PG 1668-1670 on June 11th, 2018.**

**By:** ______________________________ **©.**

By:

WITHOUT RECOURSE
Authorized Represenitive
Power of Attorney In Fact

**UCC 1-308**

**UCC 103.6**

**AT ARM'S LENGTH**

**ALL RIGHT RESERVED AND RETAINED**

**Certificate of Service**

**R. Andrew Murray**
**US ATTORNEY**
**100 OTIS STREET**
**ASHEVILLE, NORTH CAROLINA**
**28801**

**JACK W STEWART**
**61 NORTH STREET**
**ASHEVILLE, NORTH CAROLINA**
**28801**