This letter must be filed as a permanent part of my IRS/TDA/AIMS/IMF 23C record. If such record(s) have/has been deleted or substituted, this demand still applies.

INITIAL JB

FILED
ASHEVILLE, N.C.
JUL 13 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

**UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF NORTH CAROLINA**

**ASHEVILLE DIVISION**

Hand-Delivered

**Motion- To Consolidate Actions—Causes involving same question of law**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **v.** | ) | **DOCKET No. 1:19 CR 45 MR-WCM** |
| **JERELL TITO BOWMAN,** | ) | |
| | | |
| **JERRELL TITO BOWMAN,** | ) | **NOTICE----MOTION of Anomalous Plea - In Rem Proceedings** |
| **In Personam** | ) | **FILE No. 20R274** |
| **REAL PARTY of INTEREST** | ) | |
| **v.** | ) | |
| **UNITED STATSE OF AMERICA** | ) | |

Defendant, JERRELL TITO BOWMAN, comes and respectfully moves the court to consolidate into one action the above-entitled actions for all purposes, pursuant to Rule 42(a) of the Federal Rules of Civil Procedures.

In support of the motion, and as grounds for the motion, defendant states:

1. Each of the defendant's actions is based on the same violation of Commercial Crimes.

   **Commercial Crimes**- Any of the following types of crimes (Federal or State): Offenses against the revenue laws; burglary; counterfeiting; forgery; larceny; robbery; illegal sale or possession of deadly weapons; prostitution (including soliciting, procuring, pandering, white slaving, keeping house of ill fame, and like offenses); extortion; swindling and confidence games; and attempting

to commit, or compounding any of the foregoing crimes. Addiction to narcotic drugs and use of Marihuana will be treated as if such were commercial crime. ***See, 27 Code Federal Regulations 72.11.***

2. Each drug offense is a violation of revenue laws, (taxes). ***See, 27 CFR 27.11.*** Possession of a deadly weapon is a commercial crime. ***See, 27 CFR 27.11.***

   The obligations are UNITED STATES. ***See, 18 USC 8.***

3. Lis Pendens Notice file in the SUPERIOR COURT OF BUNCOMBE COUNTY STATE OF NORTH CAROLINA CAGE CODE-**4F7R2,** DUNS No. **879203560** filed on 2020 JUNE 24 3:31 PM index recording **20R274**, pursuant to NC General Statues- Chapter 1 Article 11 § 1-11. ***See, NC General Statues- Chapter 1 Article 11 § 1-120.1,*** **Propriety of ordering consolidation under Rule 42 (a) of Federal Rules of Civil Procedures in actions involving securities.**

4. **Fact of Law:** From the date and time of indexing, the complaint and notice of hearing or order shall be binding upon successors and assigns of the owners of parties in interest.

5. Defendant has in good faith and honor (1) Notice of the institution of the action, (2) name all parties involved, (3) the time of the institution of the action, (4) the name of the court in which it is pending, (5) a description of the real property involved, (6) an statement of the relief sought regarding property. ***See, NC General Statues Chapter 1 Article 11 § 1-116.***

6. **Federal Rules of Civil Procedures Rule 44**- Proving an Official Record Lis Pendens is Public in BUNCOMBE COUNTY, NORTH CAROLINA REGISTER OF DEEDS BK 5914 PG 417-419 on the 25th day of June 2020. Therefore, the public record should not be excluded from the record.

7. **Federal Rules of Civil Procedure Rule 5**- Serving and filing pleading and other papers. Defendant notice all parties involved in action with Certificate of Service by U.S. POSTAL SERVICE CERTIFIED MAIL RECEIPT of Lis Pendens. UNITED STATES ATTORNEY R. ANDREW MURRAY CERTIFIED MAILING NUMBER 7016 0910 0001 9792 8352 ON June 25th, 2020. CLERK OF COURT CERTIFIED

MAILING NUMBER 7015 3010 0002 3684 2626 on June 25th, 2020. Attorney for defendant, JACK W STEWART CERTIFIED MAILING NUMBER 7016 0750 0000 3919 1371 on June 25th, 2020.

8. The right of subrogation.

**Fact of law**- This right is not founded on contract. It is a creature of equity; is enforce solely for the purpose, of accomplishing the ends of substantial justice; and is independent of any contractual parties. ***See, Memphis & L.R. R. Co v. Dow, 120U.S. 287, 301-302 (1887).***

**Fact of law**: Election of Remedies is election between Actions at Law and Suit in Equity. Where law and equity have concurrent power to grant relief by their respective remedies, but the remedy afforded by the law court is doubtful, less adequate, or less specific than a reformation of the instrument would insure, equity is not ousted by concurrent remedy at law. ***See, N.J.--- Nazzarro v. Globe & Republic Ins. Co. of America, 12 A. 2d 697, 127 N.J.Eq. 279. 53 C.J. p 923 note 35. Consistency of actions on contract and for reformation thereof," see supra § 7."*** Jurisdiction will not be denied simply because the actions was brought at law first. ***See N.J.--- Nazzarro v. Globe & Republic Ins. Co. of America, 12 A. 2d 697, 127 N.J.Eq. 279. 53 C.J. p 923 note 36.***

Defendant notice UNITED STATES ATTORNEY R. ANDREW MURRY registered mail RA 513 221 199 US on June 6, 2020. Clerk of Court , registered mail RA 513 221 208 US on June 6, 2020. and defendant's Attorney JACK W STEWART registered mail RA 513 221 185 US on June 6, 2020. by registered mail insured Twenty- five thousand dollars for each mailing and with Certificate of Service and PS 3811 mailing receipt. Documents were enclosed are Notice of Negative Averment--- Affidavit Confession and Avoidance, Good Faith Notice, Anomalous Plea- In Rem, Letter of Rogatory for Relief—Under the Hague Convention Title 18 § 1781 and Judicial Notice—Federal Rules of Evidence 201 (b) (2). Where a party files a petition which states facts sufficient to entitle him both legal and equitable relief, and prays relief only a part of which may

be had in law, but all of which may be had in equity, therefore Jerrell Tito Bowman intends to invoke the chancery and not the common-law powers of the court. ***See Neb.—Ames v. Ames, 106 N.W. 584, 75 Ned. 473.***

9. The actions involve a command question of law in that each of the actions involves settling the bond and penal code or sum of debt., and thus the same question of law is raised in each case.
10. Defendant moves this court to answer question. Is JERRELL TITO BOWMAN the Surety in this action? If not, the defendant moves this court for immediate release! If JERRELL TITO BOWMAN the defendant, is the surety in this action and also beneficiary and by law enjoys the interest and benefits of being the beneficiary in the action.
11. The action is between the same plaintiff and defendant, and the consolidation of these causes into one action is the most efficient and expeditious course of litigation , enabling the parties to get full relief in the most effective manner.

**Date:** 12 July 2020

Jerrell Tito Bowman

By: Charles - L: Lee WITHOUT RECOURSE

Authorized Represenitive

Power of Attorney In Fact