This letter must be filed as a permanent part of my IRS/TDA/AIMS/IMF 23C record. If such record(s) have/has been deleted or substituted, this demand still applies.

INITIAL JB

Hand-Delivered

FILED
ASHEVILLE, N.C.
JUL 13 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

**UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF NORTH CAROLINA**

**ASHEVILLE DIVISION**

**MOTION: INTERVENTION**

**FEDERAL RULES OF CIVIL PROCEDURES RULE 24(a)(1)(2)(b)(2)(2)(b)**

| | | |
|---|---|---|
| **UNITED STATES OF** | ) | |
| **AMERICA** | ) | |
| **v.** | ) | **DOCKET NO. 1: 19 CR 45-MR-WCM** |
| | ) | **BILL OF INDICTMENT** |
| | ) | Violations: **21 USC § 841(a)(1)** |
| **JERRELL TITO BOWMAN** | ) | **18 USC § 924(c)(1)(A)** |
| | ) | **18 USC § 922(g)(1)** |

Now comes, Charles T Lee Power of Attorney in Fact by Special Appearance of JERRELL TITO BOWMAN to submit this motion in this action. As Power of Attorney in Fact I submit this motion under 31 CFR § 240.17 Power of attorney and FEDERAL RULES OF CIVIL PROCEDURES RULE 24(a)(1)(2)(b)(2)(2)(b).

A power of attorney is an agreement between two parties: a principal and attorney in fact. The attorney in fact need not be an attorney at law (a lawyer). A power of attorney gives the attorney in fact rights to act in the principal's place. Attorney's in fact are fiduciaries of their principals.

1. Grounds for intervention- Attorney in fact is an agent authorized to act on behalf of another person, but not necessarily authorized to practice law, e.g. a person authorized to act by a power of attorney. An attorney in fact is a fiduciary, also known as attorney-in-fact or private attorney.
2. Attorney in fact- A private attorney authorized by another to act in his place and stead, either for some particular purpose, as to do a particular act, or for the transaction of business in general, not of legal character. This authority is conferred by an instrument in writing, called a "letter of attorney," or more commonly a "power of attorney." ***Treat v. Tolman, C.C.A.N.Y., 113 F. 893, 51 C.C.A. 522; Massachusetts Bonding & Insurance Co. v. Banker's Surety Co., 96 Ind. App 250, 179 N.E. 329, 334.***
3. Power of Attorney in Fact was granted and received on January 3, 2020 Document item number 8788850117-1/POA/CTL.
4. Power of Attorney in Fact was made apart of the public record in the Buncombe County Registered of Deeds. Recorded on February 5th, 2020, BK 5861 PG 449-452. ***SEE FRCP RULE 44.***
5. Lis Pendens was filed on behalf of JERRELL TITO BOWMAN BY POWER OF ATTORNEY in FACT in SUPERIOR COURT OF BUNCOM COUNTY on June 24th, 2020 and index number 20R274. Lis

Pendens was made apart of the public record June 25th, 2020 at the BUNCOME COUNTY REGISTER OF DEEDS BK 5914 PG 417-419. ***SEE FRCP RULE 44.***

6. As POA in Fact, Charles T Lee is the holder of Lis Pendens and equitable tile listed in this action.
7. Therefore, I as POA in Fact have a fiduciary duty to the principal JERRELL TITO BOWMAN.
8. Prosecutor and Defense attorney and Clerk Court have been notified with Certificate of Service by Certified mail with return receipt of Lis Pendens.
9. The courts must honor contractual agreement between JERRELL TITO BOWMAN and Charles T Lee POA in Fact.
10. Enclose is a certified copy of Power of Attorney in Fact for the record.

I submit this motion in good faith and honor.

By: Jerrell Tito Bowman.

By: Charles - T. Lee WITHOUT RECOURSE

Authorized Represenitive

Power of Attorney In Fact

**CERTIFICATE OF SERVICE**

**MOTION: INTERVENTION**

**JACK W STEWART**

**61 NORTH STREET**

**ASHEVILLE, NORTH CAROLINA**

**28801**

**R. Andrew Murray**

**US ATTORNEY**

**100 OTIS STREET**

**ASHEVILLE, NORTH CAROLINA**

**28801**