This letter must be filed as a permanent part of my IRS/TDA/AIMS/IMF 23C record. If such record(s) have/has been deleted or substituted, this demand still applies.

INITIAL JB

FILED
ASHEVILLE, N.C.

JUL 13 2020

U.S. DISTRICT COURT
W. DIST. OF N.C.

Hand-Delivered

**UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF NORTH CAROLINA**

**ASHEVILLE DIVISION**

**UNITED STATES OF AMERICA,** )

**v.** ) **DOCKET No. 1:19 CR 45MR-WCM**

**JERELL TITO BOWMAN,** )

Notice of Revocation of Power of Attorney

Actual and constructive notice of Power of Attorney is given to **Attorney Jack Stewart Jr Bar ID- 10053** office 61 North Market Street Asheville, NC 28801 and to any and all Successors and or assign thereof the same, and any and all signatures and/ or marks granting or presuming to grant, prescribing or presuming to appoint Power of Attorney and any authority therewith, on any and all document with the so name are hereby rescinded, withdrawn and cancelled forthwith, and that any and all signatures and marks of Jerrell Tito Bowman placed or impressed upon any and all documents with any of the aforementioned party and or parties and or entities that encumber any and / or all interest claims or rights of the same are hereby redacted withdrawn cancelled, rescinded.

Respectfully Submitted By:

Jerell Tito Bowman

By: Charles L. Lee Authorized Represenitive , WITHOUT RECOURSE

Power of Attorney In Fact

This letter must be filed as a permanent part of my IRS/TDA/AIMS/IMF 23C record. If such record(s) have/has been deleted or substituted, this demand still applies.

INITIAL JB

Certificate of Service

Clerk of Court

Dear to Whom this May Concern:

My name is Jerrell Tito Bowman I am respectfully written in reference to my motion. I am sending these motions to be filed due to the fact I've drawn up these to be filed and sent to the following parties:

Notice to R. Andrew Murray, US Attorney
100 Otis Street Asheville, NC 28801.

Notice to Jack W. Stewart
61 North Market Street
Asheville, NC 28801.

I am respectfully asking that you send me back a date and time stamped copy verifying that these motions were received, filed and forwarded to the appropriate parties. Please send copies back to Jerrell Tito Bowman 20 Davidson Drive Asheville, NC 28801.

Respectfully Submitted By:

Jerrell Tito Bowman

By: [signature] WITHOUT RECOURSE
Authorized Represenitive
Power of Attorney In Fact