This letter must be filed as a permanent part of my IRS/TDA/AIMS/IMF 23C record. If such record(s) have/has been deleted or substituted, this demand still applies.

INITIAL JB

FILED
ASHEVILLE, N.C.

JUL 13 2020

U.S. DISTRICT COURT
W. DIST. OF N.C.

Hand-Delivered

**UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF NORTH CAROLINA**

**ASHEVILLE DIVISION**

**UNITED STATES OF AMERICA, )**

**v. )**

**JERELL TITO BOWMAN, )**

**DOCKET No. 1:19 CR 45MR-WCM**

Motion for Revocation Plea

Coming before the presiding Honorable judge is the above Defendant Jerrell Tito Bowman who is voluntarily submitting this motion in reference to a plea deal on June 29th, 2020. Defendant hereby willfully withdrawn and cancelled his plea agreement. I declare that I haven't been fully informed of the charges against myself nor that I had assistance of counsel to inform me. I don't fully understand the consequences and I humbly ask and pray that this Honorable court grant this motion and quash this plea deal and have a hearing held on July 14,2020 that the notice of this hearing be given in any manner provided by law.

Respectfully Submitted By:

Jerell Tito Bowman

By: Charles - J: Lee Authorized Represenitive WITHOUT RECOURSE

Power of Attorney In Fact