This letter must be filed as a permanent part of my IRS/TDA/AIMS/IMF 23C record. If such record(s) have/has been deleted or substituted, this demand still applies.

INITIAL JB

FILED
ASHEVILLE, N.C.

JUL 13 2020

U.S. DISTRICT COURT
W. DIST. OF N.C.

Hand-Delivered

**UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF NORTH CAROLINA**

**ASHEVILLE DIVISION**

**UNITED STATES OF AMERICA, )**

**v. ) DOCKET No. 1:19 CR 45MR-WCM**

**JERELL TITO BOWMAN, )**

Motion of Notice to Quash Indictment

Coming before the presiding Honorable Judge is the above Defendant Jerrell Tito Bowman who is voluntarily submitting this motion in reference to the indictment violations as subscribed above. Also, to inform the courts that the Defendant is currently confined at the Buncombe County Facility unlawfully and under false accusations and pretenses. The sole purpose of this motion is to pass the elimination of truthful facts and evidence the said accuser has not been a participant involved in any illegal activities. The Defendant wasn't restrained inside any dwellings nor is his name on any lease as a rightful tenant despite the police suspicious. Therefore, the Defendant is ordering that this motion to quash indictment is granted where fore, the above and below signed request that a hearing on the charges contained in this motion be conducted on the date of July 30, 2020. Place 100 Otis Street Asheville, NC 28801, that the notice of this hearing be given in any manner provided by law.

Respectfully Submitted By:

Jerell Tito Bowman

By: Charles - J: Lee WITHOUT RECOURSE

Authorized Represenitive

Power of Attorney In Fact