DM

Doc ID: 031793170003 Type: CRP
Recorded: 06/11/2018 at 01:11:43 PM
Fee Amt: $26.00 Page 1 of 3
Workflow# 0000471845-0001
Buncombe County, NC
Drew Reisinger Register of Deeds
BK 5671 PG 1668-1670

I, DREW REISINGER, REGISTER OF DEEDS OF BUNCOMBE COUNTY NORTH CAROLINA, DO HEREBY CERTIFY THIS TO BE A TRUE AND ACCURATE COPY AS RECORDED IN BOOK 5671 PAGE 1668-1670
WITNESS MY HAND AND OFFICIAL SEAL THIS THE 13 DAY OF July 2020
Drew Reisinger
REGISTER OF DEEDS
BY [signature]

Notice of Reservation of Rights
TYPE OF DOCUMENT

GRANTOR: JERRELL TITO BOWMAN

GRANTEE: Jerrell Tito Bowman

PREPARED BY: Jasmine B. Lee (cover sheet only)

MAIL TO: Jerrell Tito Bowman
57 Mardell circle
Asheville, North Carolina

# Notification of Reservation of Rights

**UCC 1-308 / UCC 1-207 / UCC 1-103.6 AT ARMS LENGTH, ALL RIGHTS RESERVED.**

**PUBLIC**

**Jerrell Tito Bowman, sui juris**

**THIS IS A PUBLIC COMMUNICATION TO ALL**
**All rights reserved**

**UCC 1-308 / UCC 1-103.6 AT ARMS LENGTH, ALL RIGHTS RESERVED.**

**Notice to Agents is notice to principles**
57 Mardell Circle
Asheville, North Carolina

**Notice to principles is Notice to Agents**
57 Mardell Circle
Asheville, North Carolina

**Applications to all successors and assigns**
57 Mardell Circle
Asheville, North Carolina

**All are without excuse**
**Phone:** (252)-213-7851

**Let it be known to all that I, Jerrell Tito Bowman explicitly reserve all of my rights.**

**UCC 1-308 which was formally UCC 1-207 / UCC 1-103.6 AT ARMS LENGTH, ALL RIGHTS RESERVED. I reserve my rights**

**Further, let all be advised that all actions commenced against me may be in violation of,...**

**USC TITLE 18 > PART 1 > CHAPTER 13 >** Subsection 242 Deprivation of rights under color of law

**USC TITLE 18 > PART 1 > CHAPTER 13 >** Subsection 241 Conspiracy against rights

Wherefore all have undeniable knowledge.

**AFFIRMATION**

As affirmation, I Jerrell Tito Bowman affirm in that accordance with the best Affiant's firsthand knowledge and conviction the foregoing is true, correct, and not misleading.

BY: Jerrell Tito Bowman

**JURAT CERTIFICATE**

STATE OF NORTH CAROLINA )
)SA.
BUNCOMBE COUNTY )

Subscribed and sworn to, or affirmed, before me this 8 Day of June 2018.

BY: Jerrell Tito Bowman

PATRICIA S. LEE
Notary Public, North Carolina
Buncombe County
My Commission Expires
December 18, 2018

Patricia S. Lee
Patricia S. Lee

I, DREW REISINGER, REGISTER OF DEEDS OF BUNCOMBE COUNTY NORTH CAROLINA, DO HEREBY CERTIFY THIS TO BE A TRUE AND ACCURATE COPY AS RECORDED IN BOOK 5861 PAGE 449-452
WITNESS MY HAND AND OFFICIAL SEAL THIS THE 13 DAY OF July 2020
Drew Reisinger
REGISTER OF DEEDS
BY [signature]

Doc ID: 033350350004 Type: CRP
Recorded: 02/05/2020 at 02:25:14 PM
Fee Amt: $26.00 Page 1 of 4
Workflow# 0000584500-0001
Buncombe County, NC
Drew Reisinger Register of Deeds
BK 5861 PG 449-452

*Original document returned to customer at time of recording*

Power of Attorney
**TYPE OF DOCUMENT**

**GRANTOR:** Jerrell Tito Bowman

**GRANTEE:** Charles Tyrone Lee

**PREPARED BY:** Charles Tyrone Lee (Cover Sheet only)

**MAIL TO:** Charles T Lee
1302 Patton Avenue P.O. BOX 16992
Asheville, North Carolina [288__]

# POWER OF ATTORNEY

## LIMITED

Know All Men by These Presents: That I, JERRELL TITO BOWMAN, the Debtor, corporate entity, and 'eng legis,' the undersigned, hereby make, constitute and appoints Charles Tyrone Lee, herein, the flesh and blood man, a living soul, the Secured Party/Creditor as my true and lawfully attorney-in-fact for me and my corporate capacity (LLC), place and stead for my personal and commercial use and benefit:

1. To ask, demand, request, file, sue, recover, register, collect and receive each and every sum of money, credit, account legacy, bequest, interest, dividend, annuity and demand (which now is or hereafter shall become due, owing or payable or dischargeable) belonging to or accepted or claimed by me, or presented to the DEBTOR; JERRELL TITO BOWMAN, (a corporate entity) and to use and make any lawful and/or commercial means necessary for the recovery thereof by legal or commercial process or otherwise, and to execute and deliver or receive a satisfaction or release therefore, together with the right and power to settle, compromise, compound and or discharge any claim or initiate any administration claim for damages or make any necessary demands;

2. To exercise any or all of the following powers as to all kinds of personal property, private property and any property, goods, wares and merchandise, chooses in action and other property in possession or where a security interest is established and to or in actions;

3. To secure by private registration the interest, or the security interest in any or all property when necessary, to accept for value and to discharge any and all debts for fine, fee, or tax where necessary, to cause the commercial adjustment of any such account held open against the DEBETOR- JERRELL TITO BOWMAN; to use where necessary any Sight Drafts/Money Orders, Bills of Exchange to finalize any of the above in my behalf;

4. To open any checking accounts whereupon being 'closed,' to discharge any fines, fees, taxes and debts via adjustment and set-off.

5. To create, amend, supplement and or terminate any trust or the RES created by the government (District of Columbia) and ratified or exercised in any manner by any other State;

6. To request, retrieve, file, submit, or otherwise, any papers in my behalf for any matter whether commercial, quasi-judicial, administrative, or otherwise and to sign my legal corporate name as my act and deed, to execute and deliver same for any redress or remedy, claim, suit or otherwise.

GIVING AND GRANTING, unto me said Attorney-in-fact full power and authority to do and performed all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about all matters as fully to all intents and purposes as I might or could do if I was personally present, and hereby ratifying all that my Attorney-in-fact- shall lawfully do or cause to be done by virtue of these presents. The power and authority hereby conferred upon my said Attorney-in-fact shall be applicable to all real and private property, personal property or interest therein now owned or hereinafter acquire by me as the 'ENG LEGIS/LLC and wherever situate, and as evidence by a filed security interest.

My said Attorney-in-fact Charles Tyrone Lee is empowered hereby to determine in his sole discretion the time, purpose for and manner in which any power herein conferred upon him shall be exercised, and the conditions, provisions and covenants of any instrument(s) or document(s) which may be executed by him in pursuant hereto; and in acquisition or distribution of real, personal or private property, my said Attorney-in-fact shall have exclusive power to fix the terms or amounts thereof for cash, funds, credit and/or affecting all property, including rights, titles, interest to same and if on/for credit- with or without security.

When the context so require, the masculine gender includes the feminine and/or neuter, and the singular numbers includes plural.

**AFFIRMATION**

I, **Jerrell- Tito: Bowman©** affirm that I have read and attest to and believe all statements therein to be true, accurate and complete. I reaffirm That I am not a corporate, legal fictional entity, ens legis or juristic person, but am in fact a separate and distinct and discrete, living, breathing, flesh, and blood man, endowed by the Creator with inalienable rights, and do hereby exercise such with all legal intent and lawful

authority. I further affirm that I am competent as beneficiary and Authorized Representative.

## JURAT

## Further This Affiant saith,

**I, Jerrell- Tito: Bowman© Attest that all is true and correct to the best of my knowledge and under the penalty of perjury of the united states of America. That this Jurat will have my Copy right autograph signature affixed with explicit Reservation of All my Rights and At Arm's Length.**
**Notice of Reservation of Rights Public Knowledge at Register of Deeds Buncombe County NC BK 5671 PG 1668-1670.**

**PRINT-** **By:** Jerrell Tito Bowman.

**SIGNATURE- By:** Jerrell Tito Bowman ©.

**UCC 1-308**
**UCC 103.6**
**AT ARM'S LENGTH**
**N.C.G.S. SUBSECTION 25-1-308**
**ALL RIGHT RESERVED**

State of NC County of Buncombe
Subscribed and sworn to (or affirmed) before me on this 3 day of January, 2020 by Jerrell Tito Bowman proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature Rachel M. Pfluger

RACHEL M. PFLUGER NOTARY PUBLIC BUNCOMBE CO.

My Commission Expires: 1-29-23