This letter must be filed as a permanent part of my IRS/TDA/AIMS/IMF 23C record. If such record(s) have/has been deleted or substituted, this demand still applies.

INITIAL JB

RECEIVED
ASHEVILLE, NC
JUL 22 2020
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Hand-Delivered

**UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF NORTH CAROLINA**

**ASHEVILLE DIVISION**

**MOTION--- PLEA of READINESS and WILLINGNESS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **DOCKET NO. 1: 19 CR 45-MR-WCM** |
| | ) | **<u>BILL OF INDICTMENT</u>** |
| | ) | Violations: **21 USC § 841(a)(1)** |
| **JERRELL TITO BOWMAN** | ) | **18 USC § 924(c)(1)(A)** |
| | ) | **18 USC § 922(g)(1)** |

Now comes, defendant/surety JERRELL TITO BOWMAN By: Power of Attorney in Fact Charles T Lee who is duly and lawfully authorized in fact to act on behalf of JERRELL TITO BOWMAN. I now plead before this court that I, JERRELL TITO BOWMAN enter a plea of readiness and willingness to settle all accounts of penal codes; penal sums; penal charges; bonds; taxes; fines; penalties; interest; commercial charges; liens; and or defaults to zero balance. Tender for all charges in this action will be deposited into the court by Registered Mail with return receipt (PS 3811), insured twenty - five thousand dollars and mail (PS form 3877) by NOTARY OF BUNCOMBE COUNTY and deposited to the Clerk of Court with a Plea of Tender and payment into the court. This motion in this action is in good faith and honor.

In good Faith,

AT ARMS LENGTH
UCC 1-308
UCC 1-103.6
ALL RIGHTS RESERVED

By: Jerrell Tito Bowman ©.

By: Charles T Lee WITHOUT RECOURSE

Authorized Representative

Power of Attorney In Fact

## Certificate of Service

R. Andrew Murray
US ATTORNEY
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA
28801

JACK W STEWART
61 NORTH STREET
ASHEVILLE, NORTH CAROLINA
28801