This letter must be filed as a permanent part of my IRS/TDA/AIMS/IMF 23C record. If such record(s) have/has been deleted or substituted, this demand still applies.
INITIAL JTB©

FILED
ASHEVILLE, N.C.
OCT 22 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

Hand-Delivered

NOTICE OF MOTION: Affirmative Relief

| | | |
|---|---|---|
| Realtor, | | |
| JERRELL TITO BOWMAN, | ) | NOTICE----MOTION to Release - In Rem Proceedings |
| In Personam | ) | Index No. 20R274 |
| REAL PARTY of INTEREST | ) | |
| v. | ) | |
| UNITED STATSE OF AMERICA | ) | |
| Defendant | ) | |

---

| | | |
|---|---|---|
| UNITED STATES OF | ) | |
| AMERICA | ) | |
| v. | ) | DOCKET NO. 1: 19 CR 45-MR-WCM |
| | ) | |
| | ) | |
| JERRELL TITO BOWMAN | ) | |
| | ) | |

To the Honorable Chief Judge Martin K Reidinger of the UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION.

That your orator may be further and other wise relieved in the premises according to equity and good conscience.

Now comes, Charles T Lee Power of Attorney by Special Appearance for JERRELL TITO BOWMAN to submit this motion in this action. Defendant is a residence of the County of Buncombe city of Asheville of the Republic of North Carolina. Power of Attorney in fact/ Agent is a residence of Buncombe County, city of Asheville of the Republic of North Carolina. As Power of Attorney I submit this above motion under N.C. General Statutes Article 3 § 32C-3-301 Statutory form Power Attorney and 31 CFR § 240.17 Power of Attorney and FEDERAL RULES OF CIVIL PROCEDURES RULE 24(a)(1)(2)(b)(2)(2)(b) without recourse. This matter is brought before the courts attention to show good faith and conscious in this action.

Where affirmative relief sought.

Withdrawal is permissible where money is paid into the court by a tender who is not acting defensively but deposits the money as a prerequisite to the enforcement of a right; title to money is not so deposited is not transferred to the other Party. Thus, where money is paid into court by a debtor who is seeking affirmative relief., to the obtaining of which it is prerequisite that he tender to his adversary an amount due the latter, the title to such deposit does not pass to the other party, and the depositor may be permitted to withdraw it.

Therefore, I Charles T Lee POA in Fact/ Agent move this court by consent order to tender funds deposited into the court to Charles T Lee POA in Fact/ Agent of all commercial charges, penal codes, penal sums, fees, taxes, bonds, negotiable instruments, charges, damages, interest, debts, defaults, foreclosures, liens, drafts, notes, and any other indebtedness.

Therefore, this motion is to pray for relief in the above action.

Submitted in good faith and honor,

By: Jenell-Tito: Bowman ©.

AT ARMS LENGTH
UCC 1-308
UCC 1-103.6
ALL RIGHTS RESERVED

Authorized Represenitive

BY: Charles-Tyrone: Lee .

AT ARMS LENGTH
UCC 1-308
UCC 1-103.6
ALL RIGHTS RESERVED

Power of Attorney In Fact

WITHOUT RECOURSE

**CHARLES-TYRONE: LEE**
**In Care of 1302 PATTON AVENUE #16992**
**Near Asheville, North Carolina**
**DMM 122.32 602 1.3.e.2**
**ZIP CODE EXEMPT**
**WITHOUT THE UNITED STATES**
**Charles-Tyrone: Lee©**

**JURAT**

**Further This Affiant saith,**

**I, Charles T. Lee Power of Attorney in fact/Agent attest that all is true and correct to the best of my knowledge and under the penalty of perjury of the united states of America. That this Jurat will have my Copy right autograph affixed with explicit Reservation of All my Rights and At Arm's Length.**

Authorized Represenitive
Power of Attorney In Fact

**By:** Charles T. Lee AT ARMS LENGTH 1-308 UCC 1-103.6 ALL RIGHTS RESERVED WITHOUT RECOURSE.

CHARLES-TYRONE: LEE
In Care of 1302 PATTON AVENUE #16992
Near Asheville, North Carolina
DMM 122.32 602 1.3.e.2
ZIP CODE EXEMPT
WITHOUT THE UNITED STATES
Charles-Tyrone: Lee©

State of NC, County of Buncombe
Subscribed and sworn to (or affirmed) before me on this 21 day of October, 20 20 by Charles T. Lee proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature Jasmine B. Lee

Jasmine B. Lee NOTARY PUBLIC Buncombe County

My Commission Expires: 10-8-2025

CERTIFICATE OF SERVICE

MOTION: [redacted] STL Affirmative Relief

**JACK W STEWART**

**61 NORTH STREET**

**ASHEVILLE, NORTH CAROLINA**

**28801**

**R. Andrew Murray**

**US ATTORNEY**

**100 OTIS STREET**

**ASHEVILLE, NORTH CAROLINA**

**28801**

**Clerk of Court**

**100 Otis Street**

**Asheville, North Carolina**

**28801**

CHARLES-TYRONE: LEE
In Care of 1302 PATTON AVENUE #16992
Near Asheville, North Carolina
DMM 122.32 602 1.3.e.2
ZIP CODE EXEMPT
WITHOUT THE UNITED STATES
Charles-Tyrone: Lee©