This letter must be filed as a permanent part of my IRS/TDA/AIMS/IMF 23C record. If such record(s) have/has been deleted or substituted, this demand still applies.

INITIAL JTB©

FILED
ASHEVILLE, N.C.
OCT 22 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

Hand-Delivered

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

NOTICE OF MOTION: Prayer of Relief

Realtor,

| | | |
|---|---|---|
| JERRELL TITO BOWMAN, | ) | NOTICE----MOTION to Release - In Rem Proceedings |
| In Personam | ) | Index No. 20R274 |
| REAL PARTY of INTEREST | ) | |
| v. | ) | |
| UNITED STATSE OF AMERICA | ) | |
| Defendant | ) | |

---

| | | |
|---|---|---|
| UNITED STATES OF | ) | |
| AMERICA | ) | |
| v. | ) | DOCKET NO. 1: 19 CR 45-MR-WCM |
| | ) | |
| | ) | |
| JERRELL TITO BOWMAN | ) | |
| | ) | |

To the Honorable Chief Judge Martin K Reidinger of the UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION.

That your orator may be further and other wise relieved in the premises according to equity and good conscience.

Now comes, Charles T Lee Power of Attorney by Special Appearance for JERRELL TITO BOWMAN to submit this motion in this action. Defendant is a residence of the County of Buncombe city of Asheville

of the Republic of North Carolina. Power of Attorney in fact/ Agent is a residence of Buncombe County, city of Asheville of the Republic of North Carolina. As Power of Attorney I submit this above motion under N.C. General Statutes Article 3 § 32C-3-301 Statutory form Power Attorney and 31 CFR § 240.17 Power of Attorney and FEDERAL RULES OF CIVIL PROCEDURES RULE 24(a)(1)(2)(b)(2)(2)(b) without recourse.

This matter is brought before the courts attention to show good faith and conscious in this action.

1. Necessities in equity- In equity the failure to make a formal tender frequently may be cured by a plea of readiness and willingness and the payment into court. A tender of money made in pleadings , followed by a payment thereof into court. ***Mayer v Waterman, 150 Ga 613, 104 SE 497; Comstock Mfg. Co. v Schiffman, 113 Or 677, 234 P 293; Kearnes v Barton (Tex Civ App) 272 SW 317.***

   Let the record show that this has been performed to full satisfaction and accord. All duties and obligations are met in the above action.

2. Tender was made pursuant to contract and in good faith and honor.

3. Production and offer- A mere offer to pay does not constitute a valid tender, the law requires that the tender have money present and ready and produce and actually offer it to the other party. ***St. George's Soc. V Sawyer, 204 Iowa 103, 241 NW 877; Louisville & N.R. Co v Cottengim, 31Ky LR 871, 104 SW 280; Rosencrans v Fry, 12 NJ 88, 95 A2d 905.***

   Tender implies the physical act of offering the money or thing to be tendered, but this cannot rest on implications alone. The law requires an actual, present, physical offer.

   In the above action production and offer has been satisfied in full, with tender of payment.

   Payment deposited on July 23, 2020 with readiness and willingness filed into the court with notice to Prosecutors on July 22, 2020. Good Faith notice given to Prosecutors via US Mail.

4. Tender of Property- To constitute a valid tender of property there must be an actual offer of the property of payment. Commercial note tendered and offered and deposited into the Clerk of Court/Banc.

5. Acceptance of Tender- On whom a bona fide tender is made must be given a reasonable opportunity to accept it. ***Carter v Sill, 63 Cal App 95, 218 P 81.***

   Tender was made on July 22, 2020 and deposited into the court July 23, 2020 and mailed to all parties in the above action. A delay of several days by the Creditor in accepting a tender is so unreasonable as to warrant the debtor in treating it as a refusal, where full amount due is tendered, and no delay beyond a few minutes is necessary to enable the creditor to accept or reject the tender. Prosecutors have failed and not responded in good faith and has caused injury and shown gross negligence in the above action. Receipt was noticed to Prosecutors of amount tendered and once again gross negligence has been displayed by Prosecutors. Prosecutors failed to notice parties involved if investigation of commercial security or other legitimate purposes, therefore he/prosecutor is bound to notify the debtor promptly in order to escape the interference that he has accepted the tender. ***Equitable Life Assur. Soc. v Brandt, supra.***

6. Objections- It is the general rule that an objection to a tender must, to be available to creditor, be made in good time, and that the grounds of objection must be specified. ***Gaunt v Alabama Bound Oil & Gas Co. (CA8) 281 F 653, 23 ALR 1279: Blackford v Judith Basin County, 109 Mont 578, 98 P2d 872, 126 ALR 639***. Prosecutors have not proceeded in good faith and honor.

7. By whom made- It is general rule that a tender, to be effectual must be made by obligor, primarily the debtor himself, or one who is authorized in fact or in law. ***Welch v Adams, 152 Mass 74, 25 NE 34. As to agents, see §12, infra***. The court has prima facie evidence that Charles

T Lee is POA in Fact of JERRELL TITO BOWMAN. Therefore, lawfully and legal to make tender of payment.

8. Agent- A tender may be equally as well by authorize agent of the debtor as by the latter himself, where the creditor either know that the agent is duly authorized or has reasonable opportunity to inform himself that the agent has authority. ***Fordered v Schmidt (CA9) 154 F 475; Richmond v Hog Creek Oil Co. (Tex Civ App) 229 SW 563, error dismd (Tex Civ App) 239 SW 904.*** Prosecutors were noticed and knowledge that Charles Tyrone Lee was POA in Fact and Agent as notice and recorded at the County Register of Deeds.

9. Persons entitled to be subrogated- A valid tender may be made by one who has the right to be subrogated to the rights of the creditor, as a surety, or junior encumbrancer. JERRELL TITO BOWMAN is entitled to subrogation and to use as a remedy to extinguish all debts and step into the shoes of the creditor.

10. To whom made- A tender to be valid must be made to creditor, or to someone having actual or apparent authority to ~~eat~~ Act CTL for him. Thus, tender may be made to a trustee for a cestui que trust. The evidence is apart of the court record with copy of Full Faith and Credit authenticated settlement certificate/birth certificate/ certificate of live birth.

11. Time- Tender in the above matter was made three times. First time certificate was tendered on January 6, 2020. Second time was June 29, 2020. The third time July 22, 2020.

12. Receipt- Demand by the debtor for a simple receipt, even for a receipt in full, is not an invalid condition where there is no dispute as to the amount due or the terms of the debt or obligation. And where the debtor asks only for a receipt showing amount of money paid, this condition to which the creditor has no right to object, for such a receipt bars none of his rights. ***Fields v Danenhower, 65 Ark 392, 46 SW 938: Gulf Production Co. v Perry (Tex Civ App) 51 SW2d 1107.***

Prosecutors have failed to reply and were mailed receipt on October 1, 2020.

13. Discharge of security or obligation- It has been held that a tender on condition that a commercial note be surrendered is valid. The party tendering payment is entitled to any instrument or discharge. Therefore, relief and remedy are sought in the above action.

Therefore, this motion is to pray for relief in the above action.

Submitted in good faith and honor,

AT ARMS LENGTH
UCC 1-308
UCC 1-103.6
By: Jerrell - Tito: Bowman ALL RIGHTS RESERVED ©.

BY: Charles Lee Authorized Representive WITHOUT RECOURSE .
Power of Attorney In Fact

**CHARLES-TYRONE: LEE**
**In Care of 1302 PATTON AVENUE #16992**
**Near Asheville, North Carolina**
**DMM 122.32 602 1.3.e.2**
**ZIP CODE EXEMPT**
**WITHOUT THE UNITED STATES**
**Charles-Tyrone: Lee®**

**JURAT**

**Further This Affiant saith,**

**I, Charles T. Lee Power of Attorney in fact/Agent attest that all is true and correct to the best of my knowledge and under the penalty of perjury of the united states of America. That this Jurat will have my Copy right autograph affixed with explicit Reservation of All my Rights and At Arm's Length.**

Authorized Represenitive
Power of Attorney In Fact

AT ARMS LENGTH
UCC 1-308
UCC 1-103.6
ALL RIGHTS RESERVED

**By:** Charles T. Lee WITHOUT RECOURSE.

CHARLES-TYRONE: LEE
In Care of 1302 PATTON AVENUE #16992
Near Asheville, North Carolina
DMM 122.32 602 1.3.e.2
ZIP CODE EXEMPT
WITHOUT THE UNITED STATES
Charles-Tyrone: Lee©

State of NC County of Buncombe
Subscribed and sworn to (or affirmed) before me on this 21 day of October, 20 20 by Charles T. Lee proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature Jasmine B. Lee

My Commission Expires: 10-8-2025

Jasmine B. Lee
NOTARY
PUBLIC
Buncombe County

CERTIFICATE OF SERVICE

MOTION: [redacted] CTL Prayer of Relief

**JACK W STEWART**

**61 NORTH STREET**

**ASHEVILLE, NORTH CAROLINA**

**28801**

**R. Andrew Murray**

**US ATTORNEY**

**100 OTIS STREET**

**ASHEVILLE, NORTH CAROLINA**

**28801**

**Clerk of Court**

**100 Otis Street**

**Asheville, North Carolina**

**28801**

CHARLES-TYRONE: LEE
In Care of 1302 PATTON AVENUE #16992
Near Asheville, North Carolina
DMM 122.32 602 1.3.e.2
ZIP CODE EXEMPT
WITHOUT THE UNITED STATES
Charles-Tyrone: Lee®