This letter must be filed as a permanent part of my IRS/TDA/AIMS/MF 23C record. If such record(s) have/has been deleted or substituted, this demand still applies.
INITIAL JTB©

Hand-Delivered

FILED
ASHEVILLE, N.C.
OCT 22 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

NOTICE OF MOTION: RELEASE

**Realtor,**

| | | |
|---|---|---|
| **JERRELL TITO BOWMAN,** | ) | **NOTICE----MOTION to Release - In Rem Proceedings** |
| **In Personam** | ) | **Index No. 20R274** |
| **REAL PARTY of INTEREST** | ) | |
| **v.** | ) | |
| **UNITED STATSE OF AMERICA** | ) | |
| **Defendant** | ) | |

---

| | | |
|---|---|---|
| **UNITED STATES OF** | ) | |
| **AMERICA** | ) | |
| **v.** | ) | **DOCKET NO. 1: 19 CR 45-MR-WCM** |
| | ) | |
| | ) | |
| **JERRELL TITO BOWMAN** | ) | |
| | ) | |

To the Honorable Chief Judge Martin K Reidinger of the UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION.

Now comes, Charles T Lee Power of Attorney by Special Appearance for JERRELL TITO BOWMAN to submit this motion in this action. Defendant is a residence of the County of Buncombe city of Asheville of the Republic of North Carolina. Power of Attorney in fact/ Agent is a residence of Buncombe County, city of Asheville of the Republic of North Carolina. As Power of Attorney I submit this above motion

under N.C. General Statutes Article 3 § 32C-3-301 Statutory form Power Attorney and 31 CFR § 240.17 Power of Attorney and FEDERAL RULES OF CIVIL PROCEDURES RULE 24(a)(1)(2)(b)(2)(2)(b) without recourse.

This matter is brought before the courts attention to show good faith and conscious in this action. The defendant is seeking release from custody. All commercial crimes have been tendered and all obligations has been met in good faith and honor. Therefore, the demand for release is the 22nd day of October 2020.

In good faith and honor all parties were notice and tender was kept good in the above action. All parties in action notice and knowledge of facts in above action with undeniable knowledge. All commercial crimes were accepted for value and returned for value for full satisfaction and accord. A Plea of Willingness and Readiness was filed on the court record on July 22, 2020. Tender of commercial crimes were tendered on July 22, 2020 by Registered Mail **RA 513 221 211 US** and insured twenty-five thousand dollars with delivery confirmation, signature confirmation and return receipt.

1. A confession and avoidance plea were entered into the record two times on 2nd day of January 2020. However, the court erred with error and stamped the document Jan 2, 2019. The undersign noticed former representative Fredilyn Sison **BAR ID- 38732** Office of the Federal Public Defender of Western with letter of Rogatory, Affidavit of Negative Averment by Registered Mail RE 421 725 037 US on December 30, 2019. The Clerk of Court and R. Andrew Murray notified by Certified Mail. Clerk of Court noticed by Certified Mail number 7017 0660 0000 7337 8315 on December 30, 2019. R. Andrew Murray Certified Mail number 7017 0660 0000 7337 8384 on December 30, 2019.

2. Confession and Avoidance plea was entered with second counsel Jack W. Stewart Jr **BAR ID 10053**. Letter of Rogatory to Jack W. Stewart Jr **BAR ID 10053** Under the Hague Convention Title 18 § 1781 by Registered mail **RA 513 221 185 US** insured twenty-five thousand dollars with return receipt and signature confirmation. A copy of Good faith Notice to United States Attorney R. Andrew Murray and Thomas Kent by Registered Mail **RA 513 221 199 US** insured twenty-five thousand dollars with return receipt and signature confirmation . Clerk of Court notice and Presiding Judge by Registered Mail **RA 513 221 208 US** insured twenty-five thousand dollars with return receipt and signature confirmation mailed on June 6, 2020.

3. Lis Pendens filed in the Buncombe County, C.S.C. CAGE CODE: 4F7R2; DUNS: 879203560 on 2020 June 24th 3:31 pm. Index number **20R274.** Lis Pendens made public knowledge on June 25th, 2020. Doc ID 033764840003 **BK 5914 PG 417-419**. Jack W. Stewart Jr **BAR ID 10053** notified by Certified Mail 7016 0750 0000 3919 1371 on June 25th, 2020. United States Attorney R. Andrew Murray noticed by Certified Mail 7016 0910 0001 9792 8352 on June 25th, 2020 . Clerk of Court notified by Certified Mail 7015 3010 0002 3684 2626 on June 25th, 2020.

4. July 22, 2020 a motion—**Plea of Willingness and Readiness** was filed to tender all commercial crimes.

   To settle all accounts of penal codes; penal sums; penal charges; bonds; taxes; fines; penalties; interest; commercial charges; liens; and or defaults to zero balance. Tender for all charges in this action will be deposited into the court by Registered Mail with return receipt (PS 3811), insured twenty- five thousand dollars(PS 3806) and mail(PS form 3877) by NOTARY OF BUNCOMBE COUNTY and deposited to the Clerk of Court with a Plea of Tender and payment into the court. This motion in this action is in good faith and honor.

On July 22nd, 2020. A Motion—**Plea of Tender** was deposited to the Clerk of Court of the UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION. To settle all accounts of penal codes; penal sums; penal charges; bonds; taxes; fines; penalties; interest; commercial charges; liens; and or defaults; obligations to zero balance. Tender for all charges in this action will be deposited into the court by Registered Mail – RA 513 221 211 US with return receipt (PS 3811), insured twenty - five thousand dollars (PS Form 3806) and mail (PS form 3877) by NOTARY OF BUNCOMBE COUNTY and deposited to the Clerk of Court with a Plea of Tender and deposit into the court/banc. Property Certificate number- 1985-00-0000325; Security Number 0451587 and indorsement on 22nd day of July 2020. This motion in this action is in good faith and honor.

5. October 1, 2020 notice was served on the above action to the United States Attorney R. Andrew Murray and Thomas Kent of Notice: Receipt showing amount tendered by Certified Mail 7020 0090 0001 5155 8814 NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT. Clerk of Court were noticed by Certified Mail 7020 0090 0001 5155 8777. Jack W Stewart notified by Certified Mail 7020 0090 0001 5155 8500.

6. Therefore, relief and release are sought and discharge and released from any and all obligations past, present and future liabilities in connection with any claim in the above action or alleged by Plaintiff.

7. Therefore, satisfaction and discharge have been demonstrated and proven in the above action.

   a) A tender on condition that a commercial note be surrendered is Valid. ***Story v Krewson, 55 Ind 397.***

b) The party tendering payment is entitled to any instrument or discharge. Party is entitled to receive a written discharge, to the extent of the amount paid. ***Saunders v Frost, 5 Pick (Mass) 259; Pittsburg Plate Glass Co. v Leary, 25 SD 256, 126 NW 271.***

c) Prosecutors have failed and therefore, equity demands immediately release!

d) The general law of payment of money in dispute into court for preservation and safekeeping, but not as an incident of tender, and liability of the clerk of court for money paid into his hands by virtue of his office.

Therefore, this motion is to pray for relief in the above action.

Submitted in good faith and honor,

AT ARMS LENGTH
UCC 1-308
UCC 1-103.6
ALL RIGHTS RESERVED

By: Jenell-Sito: Bowman ©.

Authorized Represenitive
Power of Attorney In Fact

BY: Charles-T: Lee .

AT ARMS LENGTH
UCC 1-308
UCC 1-103.6
ALL RIGHTS RESERVED

WITHOUT RECOURSE

**CHARLES-TYRONE: LEE**
**In Care of 1302 PATTON AVENUE #16992**
**Near Asheville, North Carolina**
**DMM 122.32 602 1.3.e.2**
**ZIP CODE EXEMPT**
**WITHOUT THE UNITED STATES**
**Charles-Tyrone: Lee©**

**JURAT**

**Further This Affiant saith,**

**I, Charles T. Lee Power of Attorney in fact/Agent attest that all is true and correct to the best of my knowledge and under the penalty of perjury of the united states of America. That this Jurat will have my Copy right autograph affixed with explicit Reservation of All my Rights and At Arm's Length.**

Authorized Represenitive
Power of Attorney In Fact

By: Charles T. Lee AT ARMS LENGTH UCC 1-308 UCC 1-103.6 ALL RIGHTS RESERVED WITHOUT RECOURSE.

**CHARLES-TYRONE: LEE**
**In Care of 1302 PATTON AVENUE #16992**
**Near Asheville, North Carolina**
**DMM 122.32 602 1.3.e.2**
**ZIP CODE EXEMPT**
**WITHOUT THE UNITED STATES**
**Charles-Tyrone: Lee©**

State of NC, County of Buncombe
Subscribed and sworn to (or affirmed) before me on this 21 day of October, 20 20 by Charles T. Lee proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature Jasmine B. Lee

**My Commission Expires:** 10-8-2025

Jasmine B. Lee
NOTARY
PUBLIC
Buncombe County

CERTIFICATE OF SERVICE

MOTION: RELEASE

**JACK W STEWART**

**61 NORTH STREET**

**ASHEVILLE, NORTH CAROLINA**

**28801**

**R. Andrew Murray**

**US ATTORNEY**

**100 OTIS STREET**

**ASHEVILLE, NORTH CAROLINA**

**28801**

**Clerk of Court**

**100 Otis Street**

**Asheville, North Carolina**

**28801**

CHARLES-TYRONE: LEE
In Care of 1302 PATTON AVENUE #16992
Near Asheville, North Carolina
DMM 122.32 602 1.3.e.2
ZIP CODE EXEMPT
WITHOUT THE UNITED STATES
Charles-Tyrone: Lee©