IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | DOCKET NO.: 1:19 cr 45 |
| | ) | |
| JERRELL TITO BOWMAN, | ) | |
| Defendant, | ) | |

**NOTICE OF APPEAL**

NOW COMES the Defendant, JERRELL TITO BOWMAN, by and through his undersigned counsel of record, Jack W. Stewart, who does respectfully file this written Notice of Appeal as to all issues and Judgment issued in the above-captioned case pursuant to the final Judgment entered by the Court on Thursday, October 22, 2020 by the Honorable Martin Reidinger, United States District Court Judge Presiding.

THIS, the 29th of October, 2020.

s/ J. Stewart

Jack W. Stewart
State Bar No: 10053
Attorney for the Defendant
61 North Market Street
Asheville, North Carolina 28801
(828) 253-5673
jack@jackstewartlaw.com

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing pleading upon all other parties via ECF transmission as follows:

Thomas Michael Kent
Assistant U.S. Attorney
thomas.kent@usdoj.gov

Jonathan D. Letzring
Assistant U.S. Attorney
jonathan.letzring@usdoj.gov

This the 29th day of October, 2020.

s/ J. Stewart
Jack W. Stewart
Attorney for the Defendant