# APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 10/29/20 | District: Western District of North Carolina | District Case No.: 1:19-cr-00045-MR-WCM-1 |
|---|---|---|
| ✓ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA ___ Paper Supp.<br>Vols: ____<br>Other: ____ | **Division:** Asheville<br>**Caption:** USA v. Bowman | **4CCA No(s). for any prior NOA:** n/a<br>**4CCA Case Manager:** n/a |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other ____

**Confinement-**Criminal Case**:**

___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
___ On bond
___ On probation

**Defendant Address-**Criminal Case**:**

**District Judge:**

Martin Reidinger

**Court Reporter** (list all):

DCR
Tracy Dunlap

**Coordinator:** Terry Leitner

**Fee Status:**

___ No fee required (USA appeal) ___ Appeal fees paid in full ___ Fee not paid

**Criminal Cases:**

✓ District court granted & did not revoke CJA status (continues on appeal)
___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**

___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply)**:**

✓ Portions of record under seal
____ Entire record under seal
____ Party names under seal
____ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable)**:**

___ Assembled electronic record transmitted
___ Additional sealed record emailed to 4cca-filing
___ Paper record or supplement shipped to 4CCA
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable)**:**

✓ Assembled electronic record available if requested
___ Additional sealed record available if requested
___ Paper record or supplement available if requested
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: R. Haney Phone: 828-771-7200 Date: 10/29/20