FILED: October 30, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 20-4552
(1:19-cr-00045-MR-WCM-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JERRELL TITO BOWMAN

Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Asheville |
| Originating Case Number | 1:19-cr-00045-MR-WCM-1 |
| Date notice of appeal filed in originating court: | 10/26/2020<br>10/29/2020 |
| Appellant(s) | Jerrell Tito Bowman |
| Appellate Case Number | 20-4552 |
| Case Manager | Cathi Bennett<br>804-916-2702 |