Defendant: Jerrell Tito Bowman
Case Number: DNCW119CR000045-001



## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **ONE HUNDRED TWENTY-FIVE (125) months on Count 1 and ONE HUNDRED TWENTY (120) months on Count 3, to be served concurrently, and a term of SIXTY (60) months on Count 2, to be served consecutively to Counts 1 and 3, for a TOTAL OF ONE HUNDRED EIGHTY-FIVE (185) months**.

■ The Court makes the following recommendations to the Bureau of Prisons:

1. Participation in any available educational and vocational opportunities.
2. Participation in the Federal Inmate Financial Responsibility Program.
3. Placed at a location with medical facilities capable of addressing the defendant's medical condition with regard to his vision, considering defendant's security classification.
4. Participation in any available substance abuse treatment program and, if eligible, receive benefits of 18:3621(e)(2).
5. Defendant shall support all dependents from prison earnings.

■ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

- ☐ As notified by the United States Marshal.
- ☐ At _ on _.

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ As notified by the United States Marshal.
- ☐ Before 2 p.m. on _.
- ☐ As notified by the Probation Office.

FILED
CHARLOTTE, NC
NOV 24 2020
US DISTRICT COURT
WESTERN DISTRICT OF NC

RECEIVED
US MARSHAL'S SERVICE
2020 NOV 24 AM 8:05
WESTERN NORTH CAROLINA

## RETURN

I have executed this Judgment as follows:

Defendant delivered on 11-4-2020 to FCI Mcdowell at Welch, WV, with a certified copy of this Judgment.

C. Maruka, Warden
United States Marshal

By: J. Yarrow, CSO
Deputy Marshal


Case 1:19-cr-00045-MR-WCM Document 65 Filed 10/23/20 Page 2 of 6