UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
309 U.S. COURTHOUSE BUILDING
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA 28801

OFFICIAL BUSINESS

RTS

GREENVILLE SC 296
3 NOV 2020 PM 2 L

NEOPOST
FIRST-CLASS MAIL
11/02/2020
US POSTAGE $000.50⁰
ZIP 28801
041L10424235

RECEIVED
ASHEVILLE, NC
DEC 03 2020
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Jerrell Tito Bowman
35085-058
Buncombe County Detention Center
20 Davidson Dr.
Asheville, NC 28801

NIXIE 296 FE 1 0012/01/20
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
ANK BC: 28801260899 *0292-01823-03-37