UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Asheville Division)

---------------------------x
UNITED STATES OF AMERICA :
Plaintiff, :
:
vs :
:
: Criminal Action:1:19-CR-45
:
JERRELL TITO BOWMAN, :
Defendant. :
---------------------------x

September 6, 2019
Asheville, North Carolina

The above-entitled action came on for an Arraignment Hearing and a Detention Hearing before the HONORABLE W. CARLETON METCALF, United States Magistrate Judge, in Courtroom 2, commencing at 2:58 p.m.

**APPEARANCES**:

On behalf of the Plaintiff:
**JOHN D. PRITCHARD, Esquire**
Office of the U.S. Attorney - WDNC
233 U. S. Courthouse Building
100 Otis Street
Asheville, North Carolina 28801

On behalf of the Defendant:
**FREDILYN SISON, Esquire**
Federal Defenders of WNC
1 Page Avenue, Suite 210
Asheville, North Carolina 28801

Tracy Rae Dunlap, RMR, CRR 828.771.7217
Official Court Reporter

**I N D E X**

Page
Reporter's Certificate........................7

P R O C E E D I N G S

THE COURT: The Court will call the case of United States versus Jerrell Tito Bowman. This is case 1:19-CR-45. This matter is before the court this afternoon for arraignment and hearing on the government's motion for pretrial detention. I'll take up the issue of arraignment first.

Mr. Bowman, as you may recall, a Bill of Indictment has been filed against you. That document has been superseded by a different bill now called the Superseding Bill of Indictment. The superseding bill was filed on August 7th 2019. It's document four in your case, and it contains three counts as well as a notice of forfeiture and a finding of probable cause.

Has the defendant received a copy of the superseding bill, Ms. Sison?

MS. SISON: He has, Your Honor.

THE COURT: Has he read it or had it read to him?

MS. SISON: We've gone over it, Your Honor, so we would waive formal reading at this time.

THE COURT: I appreciate that. However, Rule 10 does require that I advise him of the substance of the charges or read it to him verbatim. I will advise him of the substance of the charges at this time.

Count One alleges that on or about March the 21st

2018, in Buncombe County, the defendant knowingly and willingly -- excuse me -- knowingly and intentionally possessed with the intent to distribute a quantity of certain narcotics. Specifically, a mixture or substance containing a detectable amount of cocaine, 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a mixture or substance containing a detectable amount of fentanyl, a mixture or substance containing a detectable amount of heroin, and a mixture or substance containing a detectable amount of marijuana.

Count Two of the Superseding Bill of Indictment alleges that on or about March 21st 2018, in Buncombe County, that the defendant did possess a firearm, that would be a 9mm semiautomatic pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States. That would be possession with intent to distribute a controlled substance.

Count three alleges that on or about the same date the defendant, knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed a firearm, that being a 9mm semiautomatic pistol in and effecting commerce.

Ms. Sison, there was some discussion, I believe, at the initial appearance of the defendant regarding the

maximum possible penalties. Would the defendant like me to go over those in further detail or for me to go over the charges in the superseding bill at this time?

MS. SISON: No, Your Honor. We have gone over them and he is ready to enter a plea of "not guilty" to all three counts and ask for a jury trial.

THE COURT: The record will reflect the defendant has entered a plea of "not guilty" as to the counts pending against him in the Superseding Bill of Indictment and has requested a jury trial as to each count.

The Court's standard pre-trial orders will be entered in your case, Mr. Bowman. The government, also, in this district generally has what is known as an "open file" discovery policy.

Will that be in effect for this case, Mr. Pritchard?

MR. PRITCHARD: Yes, sir, Your Honor.

THE COURT: Madam Clerk, when will trial be scheduled? November 4th 2019.

All right. That will address the issue of arraignment.

I will now turn to the question of pre-trial detention. That would be the government's motion for pre-detention. Would the defendant like to be heard on that motion, Ms. Sison?

MS. SISON: Your Honor, what Mr. Bowman would like to do is continue the matter for cause, and at a later time if we have evidence to present to the Court we will ask that it be reopened.

THE COURT: All right. Any objection by the government?

MR. PRITCHARD: No, sir, Your Honor.

THE COURT: The record will reflect then that the defendant does not oppose the motion at this time but will reserve his right to request a hearing on the issue of tremendous pretrial detention at a later date to the extent allowed by law.

That would appear to be all the issues that can be addressed at this time today, but let me confirm that with the government. Mr. Pritchard.

MR. PRITCHARD: No further issues of this case, Your Honor. Thank you.

THE COURT: Ms. Sison, how about from the defense side?

MS. SISON: No, Your Honor. Thank you.

THE COURT: All right. Mr. Bowman, that will conclude all the proceedings in your case for the day.

(Off the record at 3:03 p.m.)

**CERTIFICATE**

I, Tracy Rae Dunlap, RMR, CRR, an Official Court Reporter for the United States District Court for the Western District of North Carolina, do hereby certify that I transcribed, by machine shorthand, from the court's audio recording system, the proceedings had in the case of UNITED STATES OF AMERICA versus MICHAEL RAY WATTY, Case Number 2:96-CR-88, on September 6, 2020.

In witness whereof, I have hereto subscribed my name, this 14th day of December, 2020.

__/S/__Tracy Rae Dunlap__
TRACY RAE DUNLAP, RMR, CRR
OFFICIAL COURT REPORTER