FILED: October 12, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 20-4552
(1:19-cr-00045-MR-WCM-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JERRELL TITO BOWMAN

Defendant - Appellant

---

M A N D A T E

---

The judgment of this court, entered September 17, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*