FILED: October 12, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 20-4552
(1:19-cr-00045-MR-WCM-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JERRELL TITO BOWMAN

Defendant - Appellant

---

O R D E R

---

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge Thacker, Judge Richardson, and Senior Judge Traxler.

For the Court

/s/ Patricia S. Connor, Clerk