**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 1:19-cr-00045-MR-WCM-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JERELL TITO BOWMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Defendant in this action submitted a Motion [Doc. 89] which has undergone a screening review. It appears that Defendant intends to request a sentence reduction based on compassionate release under 18 U.S.C. § 3582(c)(1)(A).

**IT IS, THEREFORE, ORDERED** that Defendant's Motion [Doc. 89] will be treated as a motion for sentence reduction based on compassionate release under 18 U.S.C. § 3582(c)(1)(A) in Defendant's criminal proceeding and that the Clerk's Office is directed to update the docket accordingly.

**IT IS SO ORDERED.**

Signed: July 23, 2025

Martin Reidinger
Chief United States District Judge