# APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 08/18/25

✓ First NOA in Case
___ Subsequent NOA-same party
___ Subsequent NOA-new party
___ Subsequent NOA-cross appeal
___ Paper ROA ___ Paper Supp.
Vols: ___
Other:

**District:** Western District of North Carolina

**Division:** Asheville

**Caption:** USA
v.
Jerrell Tito Bowman

**District Case No.:** 1:19-cr-45-MR-WCM

**4CCA No(s). for any prior NOA:** 20-4552

**4CCA Case Manager:** Cathi Bennett

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other ___

**Confinement**-Criminal Case**:**

___ Death row-use DP Transmittal
___ Recalcitrant witness
✓ In custody
___ On bond
___ On probation

**Defendant Address-**Criminal Case**:**

Jerrell Tito Bowman
35085-058
ASHLAND Federal Correctional
P.O. BOX 6001
ASHLAND, KY 41105

**District Judge:** Judge Martin Reidinger

**Court Reporter** (list all):
Tracy Dunlap, 828-771-7217
Digital Court Reporter

**Coordinator**: Tammy Hightower

**Fee Status:**

___ No fee required (USA appeal) ___ Appeal fees paid in full ✓ Fee not paid

**Criminal Cases:**

✓ District court granted & did not revoke CJA status (continues on appeal)
___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**

___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases**:

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply)**:**

✓ Portions of record under seal
___ Entire record under seal
___ Party names under seal
___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable)**:**

✓ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
___ In-court hearings held – all transcript on file
✓ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable)**:**

___ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: SC Phone: (828)771-7219 Date: 08/18/25