FILED: August 20, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-6701
(1:19-cr-00045-WCM-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JERRELL TITO BOWMAN

Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Asheville |
| Originating Case Number | 1:19-cr-00045-WCM-1 |
| Date notice of appeal filed in originating court: | 08/18/2025 |
| Appellant | Jerrell Tito Bowman |
| Appellate Case Number | 25-6701 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |